1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as
5  Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold
   M. Jaffe, In Pro Per
6

7

8
   **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**

10
   ALISE MALIKYAR,                              CASE NO. C07-03533 JCS
11
        Plaintiff,                              **CERTIFICATE OF SERVICE OF INITIAL**
12                                              **DOCUMENTS**
   vs.
13

14 JOHN SRAMEK, BERNADETTE SRAMEK,
   HAROLD M. JAFFE, John S. Sramek, Jr. and
15 Bernadette D. Sramek Revocable Living
   Trust, and DOES 1 - 100,
16
        Defendants.
17 _____/

18       I am a resident of the State of California, over the age of 18 years, and not a party to the

19 within action. I am an employee of Harold M. Jaffe, and my business address is 3521 Grand

20 Avenue, Oakland, CA 94610.

21       On July 6, 2007, I caused to be served by mail the following documents:

22       **~ECF REGISTRATION INFORMATION HANDOUT;**

23       **~ADR HANDOUT; AND**

24       **~ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR**

25 **DEADLINES.**

26       I am readily familiar with the business practice at my place of business for collection and

27 processing of correspondence for mailing with the United Parcel Service. Correspondence so

28 collected and processed is deposited with the U.P.S. drop box the same day in the ordinary course

1

1  of business.
2      On July 6, 2007, at my place of business in Oakland, California, I placed the envelope
3  containing the above-mentioned document(s) for collection and mailing following ordinary business
4  practice.
5      I enclosed a true and correct copy of said documents in an envelope, addressed as follows:

7  Alise Malikyar
   2324 Tice Valley Boulevard
8  Walnut Creek, CA 94595

11                                         BEVERLY BAKER