**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 JCS |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE WITH PROOF OF SERVICE** |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | |
| Defendants. / | |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition; and hereby request the reassignment of this case to a United States District Judge.

DATED: July 11, 2007                    _____/s/_____
                                        HAROLD M. JAFFE, ESQ., Attorney for Defendants
                                        JOHN SRAMEK and BERNADETTE SRAMEK,
                                        individually and as Trustees of the John S. Sramek,
                                        Jr. and Bernadette D. Sramek Revocable Living Trust
                                        and Harold M. Jaffe, In Pro Per

1

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. I am an employee of Harold M. Jaffe, and my business address is 3521 Grand Avenue, Oakland, CA 94610.

On July 11, 2007, I caused to be served by mail the following documents:

**~DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service drop box the same day in the ordinary course of business.

On July 11, 2007, at my place of business in Oakland, California, I placed the envelope containing the above-mentioned document(s) for collection and mailing following ordinary business practice.

I enclosed a true and correct copy of said documents in an envelope, addressed as follows:

Alise Malikyar
2324 Tice Valley Boulevard
Walnut Creek, CA 94595

_____/s/_____
BEVERLY BAKER

2