1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as
5  Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold
   M. Jaffe, In Pro Per
6

7

8               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9

10 ALISE MALIKYAR,                          CASE NO. C07-03533 JCS

11        Plaintiff,                        **DEFENDANTS' NOTICE OF MOTION AND**
                                            **MOTION FOR SUMMARY JUDGMENT WITH**
12 vs.                                      **PROOF OF SERVICE**

13                                          **DATE:**     November 8, 2007
   JOHN SRAMEK, BERNADETTE SRAMEK,          **TIME:**     8:00 a.m.
14 HAROLD M. JAFFE, John S. Sramek, Jr. and **CTRM:**     9 - **Hon. William Alsup**
   Bernadette D. Sramek Revocable Living
15 Trust, and DOES 1 - 100,

16        Defendants.
   _____/
17
        **TO ALISE MALIKYAR, IN PRO PER:**
18
        **PLEASE TAKE NOTICE** that on November 8, 2007, at 8:00 a.m., or as soon thereafter as
19
   the matter may be heard, at U.S. Courthouse, located at 450 Golden Gate Avenue, San Francisco,
20
   California, Courtroom 9, defendants JOHN SRAMEK, BERNADETTE SRAMEK,  HAROLD M.
21
   JAFFE, and John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust (the
22
   "Defendants"), will and hereby do move, for summary judgment on the ground that there is no
23
   genuine issue as to any material fact and that the moving parties are entitled to judgment as a
24
   matter of law for the reason that the named plaintiff is not the real party in interest, and therefore,
25
   lacks standing to bring the instant action.
26
        This motion is based on this Notice, the Memorandum of Points and Authorities, the
27
   Request for Judicial Notice, and the Declaration of Harold M. Jaffe, served and filed herewith, the
28
                                         1

1   papers and records on file herein,  and on such oral and documentary evidence as may be

2   presented at the hearing on this motion.

3

4

5   DATED: October 4, 2007                    _____

6                                             HAROLD M. JAFFE, ESQ., Attorney for Defendants
                                              JOHN SRAMEK and BERNADETTE SRAMEK,
                                              individually and as Trustees of the John S. Sramek,
7                                             Jr. and Bernadette D. Sramek Revocable Living Trust
                                              and Harold M. Jaffe, In Pro Per

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**
**In re USDC for the Northern District of Calif., Case No. C07-03533 WHA**

2

3       I am a citizen of the United States, employed in the County of Alameda.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 3521 Grand Avenue, Oakland, CA 94610.

4

5       On the date herein below stated, I served the within document(s):

**~NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;**
6   **~MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**
    **~DECLARATION OF HAROLD M. JAFFE IN SUPPORT;**
7   **~REQUEST FOR JUDICIAL NOTICE**

8       ___ by facsimile transmission on said date.  This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), facsimile number (510) 452-9125.  The transmission was reported as complete and without error.  A copy of the transmission report, properly issued by the transmitting machine, is in sender's file.  The names and facsimile numbers of the person(s) served are as set forth below.

9

10      **XX**  by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage prepaid for deposit in the United States mail at Oakland, California, pursuant to CCP §§1013a(3), addressed as set forth below.

11

12      ___ by depositing in a box or similar facility maintained by: ___ United Parcel Service; ❑ Federal Express; ❑ DHL Worldwide Express;  an express mail service carrier, in an envelope designated by said express service carrier, with delivery fees paid or provided for, pursuant to CCP §1013(c), addressed as set forth below.

13

14      ___ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

15

Alise Malikyar
16   2324 Tice Valley Blvd.
Walnut Creek, CA 94595
17   T:  (925) 890-8619
F: (407) 209-2126

18

19

20

21      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on October 4, 2007, at Oakland, California.

22

23                                         _____
                                            BEVERLY BAKER

24

25

26

27

28

                                    3