**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE RE: MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | **[FRE 201]** |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | **DATE:** November 8, 2007<br>**TIME:** 8:00 a.m.<br>**CTRM:** 9 **- Hon. William Alsup** |
| Defendants. | |

The defendants, JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust ("the defendants"), hereby request, pursuant to FRE 201, that this Court take judicial notice of the following documents in connection with their motion for summary judgment.

**EXHIBIT 1:** Complaint filed on January 23, 2006, in case styled *Sramek v. Jacobsen, et al.*, Contra Costa County Superior Court Case No. C06-00162.

**EXHIBIT 2:** First Amended Complaint filed on November 28, 2006, in case styled *Sramek v. Jacobsen, et al.*, Contra Costa County Superior Court Case No. C06-00162.

1

**EXHIBIT 3:** Order Deeming Admitted Truth of Facts and Imposing Monetary Sanctions Against REJ Properties, Inc., entered and dated March 6, 2007, in case styled *Sramek v. Jacobsen, et al.*, Contra Costa County Superior Court Case No. C06-00162.

**EXHIBIT 4:** Bankruptcy Petition (without schedules) filed on March 13, 2007, by REJ Properties, Inc., in the United States Bankruptcy Court, District of Nevada, Case No. BK-S-07-11280 MKN.

**EXHIBIT 5:** Order and Memorandum of Decision on Expedited Motion to Transfer Venue to the United States Bankruptcy Court for the Northern District of California, entered on April 18, 2007, in *REJ Properties, Inc.*, United States Bankruptcy Court, District of Nevada, Case No. BK-S-07-11280 MKN.

**EXHIBIT 6:** Notice of Removal of case styled *Sramek, et al. v. Jacobsen, et al.*, Contra Costa County Superior Court, Case No. C06-00162, to the United States Bankruptcy Court for the Northern District of California, filed on April 23, 2007 (an endorsed, filed copy unavailable from the Bankruptcy Court website).

**EXHIBIT 7:** Complaint filed on April 27, 2007, in case styled *Sramek v. Jacobsen, et al.*, Contra Costa County Superior Court Case No. C07-00844.

**EXHIBIT 8:** Notice of Pending Action, in case styled *Sramek, et al. v. Jacobsen, et al.*, Contra Costa County Superior Court Case No. C07-00844, filed and recorded on April 27, 2007, as Document No. 2007-0124537-00.

**EXHIBIT 9:** Bankruptcy Petition (without schedules) filed on May 25, 2007, by Robert Jacobsen, Debtor, in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092.

**EXHIBIT 10:** Order Granting the Motion of Parties in Interest John Sramek and Bernadette Sramek, et al., to Dismiss [for Bad Faith Filing], entered on June 4, 2007, in *REJ Properties, Inc., Debtor,* United States

Bankruptcy Court for the Northern District of California, Case No. 07-41274 EDJ.

**EXHIBIT 11:** Schedules and Statement of Financial Affairs, filed on June 25, 2007, by Robert Jacobsen in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092.

**EXHIBIT 12:** Order Granting Motion to Expunge Lis Pendens, filed on July 30, 2007, in case styled _Sramek, et al. v. Jacobsen, et al._, Contra Costa County Superior Court Case No. C07-00844.

**EXHIBIT 13:** Temporary Restraining Order filed on August 6, 2007, in adversary proceeding styled _Janna Countryman, Trustee v. Jacobsen_, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-04134.

**EXHIBIT 14:** Memorandum Opinion and Order Granting Plaintiff's Request for Preliminary Injunction, filed on August 21, 2007, in adversary proceeding styled _Janna Countryman, Trustee v. Jacobsen_, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-04134.

DATED: October 4, 2007

HAROLD M. JAFFE, ESQ., Attorney for JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per