1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as
5  Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold
   M. Jaffe, In Pro Per
6
7
8
                        **UNITED STATES DISTRICT COURT**
9                       **NORTHERN DISTRICT OF CALIFORNIA**
10
   ALISE MALIKYAR,                              CASE NO. C07-03533 WHA
11
           Plaintiff,                           **MANUAL FILING NOTIFICATION** OF EXHIBITS
12                                              TO REQUEST FOR JUDICIAL NOTICE RE:
   vs.                                          **MEMORANDUM OF POINTS AND**
13                                              **AUTHORITIES IN SUPPORT OF MOTION FOR**
                                                **SUMMARY JUDGMENT**
14 JOHN SRAMEK, BERNADETTE SRAMEK,
   HAROLD M. JAFFE, John S. Sramek, Jr. and     **DATE:**      November 8, 2007
15 Bernadette D. Sramek Revocable Living        **TIME:**      8:00 a.m.
   Trust, and DOES 1 - 100,                     **CTRM:**      9-**Hon. William Alsup**
16
           Defendants.
17 _____/

18     Regarding: Exhibits 1 through 14 to Request for Judicial Notice Re: Memorandum of Points

19 and Authorities in Support of Motion for Summary Judgment.

20     This filing is in paper or physical form only, and is being maintained in the case file in the

21 Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

22 For information on retrieving this filing directly from the court, please see the court's main web site

23 at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

24     This filing was not efiled for the following reason(s):

25 [**X**] Voluminous Document (PDF file size larger than the efiling system allows)

26 [_] Unable to Scan Documents

27 [_] Physical Object (description): _____

28 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

1  [_] Item Under Seal

2  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

3  [_] Other (description): _____

4

5

6  DATED: October 4, 2007                    _____
                                              HAROLD M. JAFFE, ESQ., Attorney for JOHN
7                                             SRAMEK and BERNADETTE SRAMEK,
                                              individually and as Trustees of the John S.
8                                             Sramek, Jr. and Bernadette D. Sramek Revocable
                                              Living Trust and Harold M. Jaffe, In Pro Per
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28