**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| Plaintiff, | **DEFENDANTS' INITIAL RULE 26 DISCLOSURES** |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | |
| Defendants. | |

**TO ALISE MALIKYAR, IN PRO PER:**

Defendants, JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, hereby submit their initial Rule 26 disclosures as follows.

**A.   Disclosure of Parties With Discoverable Information; Subject of Information**

   1.   Harold M. Jaffe, 3521 Grand Avenue, Oakland, CA 94610, (510) 452-3610.

        <u>Subject of Information</u>: Has information concerning access of information on the pending sale of 2324 Tice Valley Blvd., Walnut Creek, California.

   2.   Gail Smith, c/o 3521 Grand Avenue, Oakland, CA 94610, (510) 452-3610.

        <u>Subject of Information</u>: Has information concerning access of information on the pending sale of 2324 Tice Valley Blvd., Walnut Creek, California.

2. John and Bernadette Sramek, c/o 3521 Grand Avenue, Oakland, CA 94610, (510) 452-2610.

Subject of Information: Has information concerning the pending sale of 2324 Tice Valley Blvd., Walnut Creek, California. All of Mrs. Sramek's information is derived from Mr. Sramek.

3. Dave McGraw, LAW OFFICES OF DAVE M. McGRAW, APC, 2890 North Main Street, Ste. 307, Walnut Creek, CA 94597, (925) 944-0206.

Subject of Information: Has information concerning the pending sale of 2324 Tice Valley Blvd., Walnut Creek, California.

4. Angel Avery, North American Title Co., 1605 Tice Valley Boulevard, Walnut Creek, CA, (925) 930-8800.

Subject of Information: Has information concerning the pending sale of 2324 Tice Valley Blvd., Walnut Creek, California.

5. Greg Arnove, Staff Attorney, OFFICE OF THE CHAPTER 13 TRUSTEE-Janna L. Countryman, 500 North Central Expressway, Ste. 350, Plano, TX 75074, (972) 943-2580.

Subject of Information: Has information as to who is the proper party in interest to assert claims in the instant complaint, and information concerning Mr. Jacobsen's bankruptcy.

6. Robert Jacobsen, P.O. Box 1386, Lafayette, CA 94549, telephone number unknown, address for Mr. Jacobsen taken from plaintiff's initial disclosure.

Subject of Information: Mr. Jacobsen is the person whose phone line was allegedly wiretapped and has information concerning same.

**B.  Supporting Documents**

1. Computer printout from realestateonline.com, showing a listing for the 2324 Tice Valley Property which was faxed to this office by the Law Offices of Dave McGraw, on April 24, 2007.

2. Computer printout from YellowPages.Com obtained by Gail Smith, showing search results for North American Title in the Walnut Creek area, which contains handwritten notes.

3. All files in regard to the case styled *Robert Jacobsen, Debtor*, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092 BTR.

4. North American Title escrow file concerning the property at 2324 Tice Valley Blvd., Walnut Creek, CA, Escrow No. 701996.

DATED: October 4, 2007

_____
HAROLD M. JAFFE, ESQ., Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**PROOF OF SERVICE**
**In re USDC for the Northern District of Calif., Case No. C07-03533 WHA**

I am a citizen of the United States, employed in the County of Alameda. I am over the age of eighteen years and not a party to the within entitled action. My business address is 3521 Grand Avenue, Oakland, CA 94610.

On the date herein below stated, I served the within document(s):

**~DEFENDANTS' INITIAL RULE 26 DISCLOSURES**

___ by facsimile transmission on said date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), facsimile number (510) 452-9125. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is in sender's file. The names and facsimile numbers of the person(s) served are as set forth below.

XX by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage prepaid for deposit in the United States mail at Oakland, California, pursuant to CCP §§1013a(3), addressed as set forth below.

___ by depositing in a box or similar facility maintained by: __ United Parcel Service; ❏ Federal Express; ❏ DHL Worldwide Express; an express mail service carrier, in an envelope designated by said express service carrier, with delivery fees paid or provided for, pursuant to CCP §1013(c), addressed as set forth below.

___ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Alise Malikyar
2324 Tice Valley Blvd.
Walnut Creek, CA 94595
T: (925) 890-8619
F: (407) 209-2126

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on October 5, 2007, at Oakland, California.

BEVERLY BAKER