**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: October 11, 2007

Case No.  C 07-03533 WHA

Title: ELISE MALIKYAR v. JOHN SRAMEK

Plaintiff Attorneys: Elizabeth MacDonald (specially); Mr McSweeny

Defense Attorneys: Harold Jaffe

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)   

Complete Initial Disclosures (Rule 26): 10/24/07

Discovery Cutoff: 5/9/08

Designation of Experts: 5/9/08

Last Day to File Motion: 6/22/08


Continued to  9/1/08 at 2:00pm  for Pretrial Conference

Continued to  9/16/08 at 7:30am  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.

Mr. McSweeny needs to be admitted to the Court before substituting in as counsel of record for plaintiff.  Court ordered the plaintiff to retrieve the 'wire tapping device' from the Contra Costa Sheriff's Dept.