Alise Malikyar
PO Box 1386
Lafayette, CA 94549
Fax: (407) 209-2126

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISE MALIKYAR, <br><br> Plaintiff, <br><br> v. <br><br> JOHN SRAMEK, et al., <br><br> Defendants. | Civil Case No.: 07-03533 WHA <br><br> DECLARATION OF ROBERT JACOBSEN IN SUPPORT OF PLAINTIFF ALISE MALIKYAR'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> Hearing Date: November 8, 2007 <br> Time: 8:00 a.m. |

1. My name is Robert Jacobsen. I am the spouse of the Plaintiff in this action, ALISE MALIKYAR, with an address at PO Box 1386, Lafayette, CA 94549. I am familiar with the facts and circumstances described in Plaintiff's Complaint. I have personal knowledge of the facts set forth below, and if called as a witness, I would testify as set forth below:

2. I have requested dismissal of my Chapter 13 filing in the United States District Court for the Eastern District of Texas, Case No. 07-41092. Attached is a true and correct copy of the DEBTOR'S MOTION TO DISMISS that was filed by my attorney on August 2, 2007. The dismissal hearing is scheduled for November 21, 2007. Once the dismissal is granted, I plan to sue the named Defendants in my own name and behalf for the same violations of my personal rights alleged in Plaintiff's Complaint.

3. I have read the DECLARATION OF ALISE MALIKYAR filed in opposition to this Motion for Summary Judgment. I am informed and believe and thereon allege that Exhibits 1 and 2 to that declaration have been previously disclosed to the Defendants in

---

1

DECLARATION OF ROBERT JACOBSEN IN SUPPORT OF PLAINTIFF ALISE MALIKYAR'S
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  earlier state court litigation, and that they have been aware of the writing evincing my
2  separate property arrangement with my spouse for some time.

4  I declare under penalty of perjury that the foregoing is true and correct.
5  Executed on October 18, 2007, at _Walnut Creek_, California.

Date: October 18, 2007

_____
ROBERT JACOBSEN