**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| Plaintiff, | **DEFENDANTS' SUPPLEMENTAL RULE 26 DISCLOSURES** |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | |
| Defendants. _____/ | |

**TO ALISE MALIKYAR, IN PRO PER:**

Defendants, JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, hereby submit their Supplemental Rule 26 disclosures as set forth below under Supplemental Disclosure of Parties With Discoverable Information and Supplemental Supporting Documents.

**A.   Disclosure of Parties With Discoverable Information; Subject of Information.**

1.   Harold M. Jaffe, 3521 Grand Avenue, Oakland, CA 94610, (510) 452-3610. <u>Subject of Information</u>: Has information concerning access of information on the pending sale of 2324 Tice Valley Blvd., Walnut Creek, California.

2.   Gail Smith, c/o 3521 Grand Avenue, Oakland, CA 94610, (510) 452-3610. <u>Subject of Information</u>: Has information concerning access of information on the pending sale of 2324 Tice Valley Blvd., Walnut Creek, California.

3.   John and Bernadette Sramek, c/o 3521 Grand Avenue, Oakland, CA 94610,

1  (510) 452-2610.

2  Subject of Information: Has information concerning the pending sale of 2324 Tice Valley
3  Blvd., Walnut Creek, California.  All of Mrs. Sramek's information is derived from Mr.
4  Sramek.

5      4.    Dave McGraw, LAW OFFICES OF DAVE M. McGRAW, APC, 2890 North
6  Main Street, Ste. 307, Walnut Creek, CA 94597, (925) 944-0206.

7  Subject of Information: Has information concerning the pending sale of 2324 Tice Valley
8  Blvd., Walnut Creek, California.

9      5.    Angel Avery, North American Title Co., 1605 Tice Valley Boulevard, Walnut
10  Creek, CA, (925) 930-8800.

11  Subject of Information: Has information concerning the pending sale of 2324 Tice Valley
12  Blvd., Walnut Creek, California.

13      6.    Greg Arnove, Staff Attorney, OFFICE OF THE CHAPTER 13 TRUSTEE-
14  Janna L. Countryman, 500 North Central Expressway, Ste. 350, Plano, TX 75074, (972)
15  943-2580.

16  Subject of Information: Has information as to who is the proper party in interest to assert
17  claims in the instant complaint, and information concerning Mr. Jacobsen's bankruptcy.

18      7.    Robert Jacobsen, P.O. Box 1386, Lafayette, CA 94549, telephone number
19  unknown, address for Mr. Jacobsen taken from plaintiff's initial disclosure.

20  Subject of Information: Mr. Jacobsen is the person whose phone line was allegedly
21  wiretapped and has information concerning same.

22      **Supplemental Disclosure of Parties With Discoverable Information**.

23      8.    Expert in the field of electronics/wiretapping, to date not yet retained.

24  **B.    Supporting Documents.**

25      1.    Computer printout from realestateonline.com, showing a listing for the 2324
26            Tice Valley Property which was faxed to this office by the Law Offices of
27            Dave McGraw, on April 24, 2007.

28      2.    Computer printout from YellowPages.Com obtained by Gail Smith, showing

1  search results for North American Title in the Walnut Creek area, which
2  contains handwritten notes.
3  3.  All files in regard to the case styled *Robert Jacobsen, Debtor*, United States
4  Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case
5  No. 07- 41092 BTR.
6  4.  North American Title escrow file concerning the property at 2324 Tice Valley
7  Blvd., Walnut Creek, CA, Escrow No. 701996.
8  **Supplemental Supporting Documents.**
9  5.  Bill to the Law Offices of Harold Jaffe from AT&T, billing date May 13, 2007,
10  which shows that on April 27, 2007, at 11:22 a.m., there was a phone call
11  made from the Law Offices of Harold M. Jaffe to a phone number in Walnut
12  Creek, (925) 930-8800, which is the phone number for the North American
13  Title Insurance Company, Tice Valley Office.
14  6.  Bills for telephone numbers (925) 210-0200 and (925) 210-1167 for the six
15  month period from November 1, 2006 through May 1, 2007, showing any
16  telephone calls to (925) 937-8800.
17  7.  The subject recording device described in Sheriff's Department Report No.
18  07-11799, as "one white, plastic, water tight container with a silver color,
19  Sony tape recorder inside with wires." The device is currently in the
20  possession of the Contra Costa County Sheriff's Department.
21
22  DATED: October 23, 2007
23  HAROLD M. JAFFE, ESQ., Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, ind. &
24  as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe,
   In Pro Per
25
26
27
28

**PROOF OF SERVICE**
**In re USDC for the Northern District of Calif., Case No. C07-03533 WHA**

I am a citizen of the United States, employed in the County of Alameda. I am over the age of eighteen years and not a party to the within entitled action. My business address is 3521 Grand Avenue, Oakland, CA 94610.

On the date herein below stated, I served the within document(s):

**~DEFENDANTS' SUPPLEMENTAL RULE 26 DISCLOSURES**

___ by facsimile transmission on said date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), facsimile number (510) 452-9125. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is in sender's file. The names and facsimile numbers of the person(s) served are as set forth below.

XX by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage prepaid for deposit in the United States mail at Oakland, California, pursuant to CCP §§1013a(3), addressed as set forth below.

___ by depositing in a box or similar facility maintained by: __ United Parcel Service; ❏ Federal Express; ❏ DHL Worldwide Express; an express mail service carrier, in an envelope designated by said express service carrier, with delivery fees paid or provided for, pursuant to CCP §1013(c), addressed as set forth below.

___ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Alise Malikyar
2324 Tice Valley Blvd.
Walnut Creek, CA 94595
T: (925) 890-8619
F: (407) 209-2126

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on October 23, 2007, at Oakland, California.

_____
BEVERLY BAKER