Alise Malikyar
PO Box 1386
Lafayette, CA 94549
Fax: (407) 209-2126

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISE MALIKYAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN SRAMEK, et al.,<br><br>　　　　Defendants. | Civil Case No.: 07-03533 WHA<br><br>[PROPOSED] ORDER DENYING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

Defendants' Motion for Summary Judgment is DENIED.

Date: October ___, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE