**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE RE: REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | **[FRE 201]** |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | **DATE:**   November 8, 2007<br>**TIME:**   8:00 a.m.<br>**CTRM:**   **9 - Hon. William Alsup** |
| Defendants. | |
| _____/ | |

The defendants, JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust ("the defendants"), hereby request, pursuant to FRE 201, that this Court take judicial notice of the following documents in connection with their Reply Memorandum of Points and Authorities in Support of their Motion for Summary Judgment.

**EXHIBIT 1:**   Portions (facesheet and pages 13 and 14) of the Deposition Transcript of Robert Jacobsen taken on April 2, 2007, in the case styled _Sramek, et al. v. Jacobsen, et al._, Contra Costa County Superior Court Case No. C06-00162.

**EXHIBIT 2:**   Adversary proceeding filed on July 27, 2007, by Chapter 13 Trustee in connection with the bankruptcy of Robert Jacobsen, styled _Janna L. Countryman, Standing Chapter 13 Trustee v. Robert Edwin Jacobsen and Alise Malikyar_, United States Bankruptcy Court for the Eastern District of

1

Texas, Sherman Division, Case No. 07-04134.

**EXHIBIT 3:** Chapter 13 Trustee's Motion to Convert Case to Chapter 7, filed on August 2, 2007, in case styled *Robert Jacobsen, Debtor*, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092.

**EXHIBIT 4:** Robert Jacobsen's Opposition to the Chapter 13 Trustee's Motion to Convert his bankruptcy to a Chapter 7, filed on August 22, 2007, in case styled *Robert Jacobsen, Debtor*, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092.

**EXHIBIT 5:** United States Trustee's Comment Opposing Debtor's Motion to Dismiss and Supporting the Chapter 13 Trustee's Motion to Convert, filed on October 18, 2007, in case styled *Robert Jacobsen, Debtor*, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092.

**EXHIBIT 6:** Docket for Chapter 13 case styled *Robert Jacobsen, Debtor*, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092, downloaded from the Court's website on October 25, 2007.

DATED: October 25, 2007

_____
HAROLD M. JAFFE, ESQ., Attorney for JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

2