1 **HAROLD M. JAFFE, ESQ.**
CASB #57397
2 3521 Grand Avenue
Oakland, CA 94610
3 Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| Plaintiff, | **MANUAL FILING NOTIFICATION OF EXHIBITS TO REQUEST FOR JUDICIAL NOTICE RE: RELY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | DATE: November 8, 2007<br>TIME: 8:00 a.m.<br>CTRM: 9-**Hon. William Alsup** |
| Defendants. | |
| _____/ | |

<u>Regarding</u>: Exhibits 1 through 6 to Request for Judicial Notice Re: Reply Memorandum of Points and Authorities in Support of Motion for Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[**X**] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

1

MFN OF EXHIBITS TO RJN RE: REPLY MEMO OF P&A IN SUPPORT OF MT. FOR SUMMARY JUDGMENT

1  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

2  [_] Item Under Seal

3  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

4  [_] Other (description): _____

7  DATED: October 25, 2007        _____
                                  HAROLD M. JAFFE, ESQ., Attorney for JOHN
8                                 SRAMEK and BERNADETTE SRAMEK,
                                  individually and as Trustees of the John S.
9                                 Sramek, Jr. and Bernadette D. Sramek Revocable
                                  Living Trust and Harold M. Jaffe, In Pro Per