**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | DATE: November 8, 2007<br>TIME: 8:00 a.m.<br>CTRM: 9 - Hon. William Alsup |
| Defendants. | |

The motion of defendants, JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust ("the defendants"), for summary judgment came on for hearing on November 8, 2007, at 8:00 a.m., in Courtroom 9 of this Court, the Honorable William Alsup, presiding. Harold M. Jaffe appeared as attorney of record for defendants; and _____ appeared for plaintiff, Alise Malikyar.

Having considered the moving and opposing papers, defendants' reply, the evidence attached thereto, the files and records herein, and the argument of counsel, and good cause appearing;

**IT IS HEREBY ORDERED** that defendants' motion for summary judgment is granted and therefore judgment in favor of defendants and against plaintiff is hereby entered.

DATED: _____              _____
                                    WILLIAM ALSUP, JUDGE OF THE UNITED
                                    STATES DISTRICT COURT

**PROOF OF SERVICE**
**In re USDC for the Northern District of Calif., Case No. C07-03533 JCS**

I am a citizen of the United States, employed in the County of Alameda. I am over the age of eighteen years and not a party to the within entitled action. My business address is 3521 Grand Avenue, Oakland, CA 94610.

On the date herein below stated, I served the within document(s):

**~[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

___ by facsimile transmission on said date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), facsimile number (510) 452-9125. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is in sender's file. The names and facsimile numbers of the person(s) served are as set forth below.

XX by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage prepaid for deposit in the United States mail at Oakland, California, pursuant to CCP §§1013a(3), addressed as set forth below.

___ by depositing in a box or similar facility maintained by: __ United Parcel Service; ❑ Federal Express; ❑ DHL Worldwide Express; an express mail service carrier, in an envelope designated by said express service carrier, with delivery fees paid or provided for, pursuant to CCP §1013(c), addressed as set forth below.

___ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Alise Malikyar
2324 Tice Valley Blvd.
Walnut Creek, CA 94595
T: (925) 890-8619
F: (407) 209-2126

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on November 2, 2007, at Oakland, California.

_____
BEVERLY BAKER