IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>    Defendants.<br>_____ / | No. C 07-05261 WHA<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED** |

On October 16, 2007, defendants filed a notice of removal in this action. It was based on the grounds that plaintiff's seventh claim for breach of implied contract and eighth claim for breach of implied covenant of good faith and fair dealing require interpretation of a collective bargaining agreement, and that those claims are preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. 195(a).

Parties are ordered to show cause whether this Court has jurisdiction over this action. Defendants should identify what provisions of any collective bargaining agreement that would need to be interpreted in this action. Parties' submissions should be not exceed five double-spaced pages, and must be submitted no later than **TUESDAY, NOVEMBER 13, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: November 8, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE