ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

November 26, 2007

Alise Malikyar
PO Box 1386
Lafayette, CA 94559
(925) 899-9890

Harold Mitchell Jaffe
Attorney at Law
3521 Grand Avenue
Oakland, CA 94610
510-452-2610

Re:   Malikyar v. Sramek
      Case No. C 07-03533 WHA MED

Dear Ms. Malikyar and Mr. Jaffe:

   Please take note that the ADR Phone Conference previously scheduled on Tuesday, December 4, 2007, has been rescheduled to **Thursday, December 20, 2007 at 10:30 a.m.**  This office will initiate the call. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

   Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator