1 | **HAROLD M. JAFFE, ESQ.**
CASB #57397
2 | 3521 Grand Avenue
Oakland, CA 94610
3 | Tel: (510) 452-2610
Fax: (510) 452-9125
4 |
Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and
5 | as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust
and Harold M. Jaffe, In Pro Per
6 |

7 | **UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
8 |

9 |

10 | ALISE MALIKYAR,                                         CASE NO. C07-03533 WHA

11 |        Plaintiff,                                      **DECLARATION OF HAROLD M. JAFFE IN SUPPORT OF OPPOSITION TO**
12 | vs.                                                    **PLAINTIFF'S EX PARTE MOTION AND [PROPOSED] ORDER CHANGING TIME**
13 | JOHN   SRAMEK,   BERNADETTE                             **FOR PLAINTIFF TO AMEND COMPLAINT**
\*SRAMEK, HAROLD M. JAFFE, John S.
14 | Sramek, Jr. and Bernadette D. Sramek                    **CTRM:        9 - Hon. William Alsup**
Revocable Living Trust, and DOES 1 -
15 | 100,

16 |        Defendants.
                                                    /
17 |

18 |        I, HAROLD M. JAFFE, declare:

19 |        1.       I am an attorney at law duly licensed to practice in all courts of the State of

20 | California and am attorney of record for defendants, JOHN SRAMEK ("J. SRAMEK"),

21 | BERNADETTE SRAMEK ("B. SRAMEK"), HAROLD M. JAFFE ("JAFFE"), in pro se, and

22 | John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust ("the SRAMEK

23 | TRUST") (or hereinafter collectively referred to as "defendants"), herein.

24 |        2.       The matters stated herein are within my own personal knowledge and if

25 | called as a witness I could and would competently testify thereto. Your declarant is making

26 | this declaration in support of defendants' opposition to plaintiff, ALISE MALIKYAR

27 | ("MALIKYAR")'s ex parte motion and [proposed] order changing time for plaintiff to amend

28 | complaint.

1

1    3.    On December 20, 2007, MALIKYAR sent to your declarant a fax requesting

2  that your declarant sign a Stipulation and [Proposed] Order Continuing Time for Plaintiff

3  to Amend Complaint, a true and correct copy of which is attached hereto as **Exhibit A.**

4    4.    On December 27, 2007, at approximately 3:09 p.m., your declarant sent a

5  letter to MALIKYAR in response to her December 20, 2007 fax, a true and correct copy of

6  which is attached hereto as **Exhibit B.**

7    5.    On December 27, 2007, at approximately 5:04 p.m., MALIKYAR sent an

8  email to your declarant, a true and correct copy of which is attached hereto as **Exhibit C.**

9    6.    On December 28, 2007, at approximately 1:24 p.m. (even though dated

10  December 27, 2007), MALIKYAR sent another fax requesting that your declarant sign the

11  Stipulation sent on December 20, 2007.    A true and correct copy of MALIKYAR's

12  December 28, 2007 fax is attached hereto as **Exhibit D.**

13    7.    On December 28, 2007, at approximately 11:20 a.m., your declarant faxed

14  and emailed an additional response letter to MALIKYAR, a true and correct copy of which

15  is attached hereto as **Exhibit E.**

16    8.    Contrary to paragraph 6 of MALIKYAR's declaration, the requested four

17  month time extension would have substantial effect on the schedule of this case, because

18  any motions for summary judgment are scheduled to be filed no later than June 26, 2008,

19  and the requested enlargement of time goes to May 7, 2008.    Therefore, should the Court

20  grant MALIKYAR any additional time to file an amended complaint, said extension should

21  be conditioned on all other deadlines/hearings be continued for the same amount of time.

22    I declare under penalty of perjury under the laws of the United States, that the

23  foregoing is true and correct and this declaration is executed on January 3, 2008, at

24  Oakland, California.

25

26  HAROLD M. JAFFE

27

28

DEC. OF JAFFE IN SUPP. OPPOS. TO EX PARTE MT./PROP. ORDER CHANGING TIME FOR PLF. TO AMEND COMPLAINT



P.O. Box 1386
Lafayette, CA 94549
925 899-9890
fax (407) 209-2126



# Fax

| To: | Harold Jaffe | From: | *Alise Malikyar* |
|-----|--------------|-------|------------------|
| Fax: | 510 452-9125 | Pages: | |
| Phone: | | Date: | 12/20/2007 |
| Re: | Stipulation | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Please get right back to me on this.

# EXHIBIT A

1  Alise Malikyar
2  PO Box 1386
   Lafayette, CA 94549
3  Fax: (407) 209-2126

4

5                    UNITED STATES DISTRICT COURT
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                     SAN FRANCISCO DIVISION
8

9  ALISE MALIKYAR,                          Civil Case No.: 07-03533 WHA
10
11        Plaintiff,                         STIPULATION AND [PROPOSED] ORDER
                                             CONTINUING TIME FOR PLAINTIFF TO
12     v.                                    AMEND COMPLAINT
13  JOHN SRAMEK, et al.,

14
          Defendants.
15

16     <u>FACTS AND PROCEDURAL BACKGROUND IN SUPPORT OF STIPULATION</u>
17        On November 7, 2007, this court signed an order granting Defendant's Motion for Summary
18  Judgment for Failing to Name an Indispensable Party—Plaintiff Malikyar's husband's Robert
19  Jacobsen's Bankruptcy Trustee. This court stated that because "the status of Jacobsen's
20  bankruptcy petition is in flux....Malikyar will be granted leave to amend to name any
21  indispensable parties, but she should not do this until after the bankruptcy court issues an order
22  on these motions...Plaintiff will be granted leave to amend to add indispensable parties, if any,
23  after an order issues in her husband, Robert Jacobsen's bankruptcy petition. This should be done
24  no later that MONDAY, JANUARY 7, 2008."
25        On December 5, 2007, the Bankruptcy Court for the Eastern District of Texas signed an
26  order granting the Chapter 13 Trustee's petition to convert Jacobsen's case to Chapter 7 and
27  denying Jacobsen's motion to dismiss voluntarily his Chapter 13 case.
28        On December 14, 2007, Robert Jacobsen filed a MOTION FOR RE-HEARING OF
29  MEMORANDUM OPINION AND ORDER GRANTING CHAPTER 13 TRUSTEE'S
30  MOTION TO CONVERT CASE TO CHAPTER 7 AND DENYING DEBTOR'S MOTION TO

1  VOLUNTARILY DISMISS CHAPTER 13 CASE. On December 18, 2007, Jacobsen amended

2  that notice for technical reasons. No hearing date has been set on that motion. A true and

3  correct copy of the relevant portions of the docket in that case is attached to this stipulation as

4  Exhibit 1.

5      Because the status of the bankruptcy litigation in Texas is still in flux, the parties jointly

6  request and stipulate that date for Plaintiff to file an amended complaint be continued 90 days to

7  April 7, 2008, and that the court's order of November 7, 2007 be modified to reflect this change.

8

9  SO STIPULATED:

10

11  Date: _____      _____
                                       Alise Malikyar
12                                     Plaintiff In Pro Per

13

14  Date: _____      _____
                                       Harold Jaffe
15                                     Attorney for Defendants

16

17  GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

18      The request for a continuance to file an amended complaint is GRANTED. Plaintiff should

19  file an amended complaint no later than April 7, 2008. The court's order of November 7, 2007 is

20  modified to reflect this change..

21

22  Date: _____      _____
                                       WILLIAM H. ALSUP
23                                     UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

29

30

2

STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR PLAINTIFF TO AMEND
COMPLAINT

## United States Bankruptcy Court
## Eastern District of Texas (Sherman)
## Bankruptcy Petition #: 07-41092

*Assigned to:* Honorable Brenda T. Rhoades
Chapter 7
Previous chapter 13
Voluntary
No asset

*Date Filed:* 05/25/2007
*Date Converted:*
12/05/2007

*Debtor*
**Robert Edwin Jacobsen**
101 CN Freenville Rd.
No. 259
Allen, TX 75002
SSN: xxx-xx-2723

represented by **William Paul Rossini**
Rossini & Wagner PC
1201 Main Street
Suite 2470
Dallas, TX 75202
(214) 979-7321
Fax : (214) 979-7301
Email:
williamp@rossiniwagner.com

*Trustee*
**Janna L. Countryman**
P. O. Box 941166
Plano, TX 75094-1166
(972) 943-2580
*TERMINATED: 12/05/2007*

*Trustee*
**Christopher Moser**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 880-1805

represented by **Larry A. Levick**
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001
(972) 380-5533
Fax : (972)380-5748
Email:
levick@singerlevick.com

*U.S. Trustee*
**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702
(903) 590-1450

represented by **Marcus Salitore**
US Trustee Office
110 N. College Ave., Room
300
Tyler, TX 75702
903-590-1450
Email:

PAGE 05/05

| 12/12/2007 | 90 | Request for Notices Filed by WELLS FARGO BANK (Rogers, Dustin) (Entered: 12/12/2007) |
|---|---|---|
| 12/12/2007 | 91 | Certificate Of Mailing *(RE: related document(s)87 Notice of Transfer of Claim in the amount of $21958.86 Claim Number 9 Filed by eCAST Settlement Corporation (Becket, Alane) filed by Creditor eCAST Settlement Corporation).* Service Date 12/12/2007. (Admin.) (Entered: 12/13/2007) |
| 12/14/2007 | 92 | Motion to Reconsider *Memorandum Opinion and Order Granting Chapter 13 Trustee's Motion to Convert Case to Chapter 7 and Denying Debtor's Motion to Voluntarily Dismiss Chapter 13 Case* Filed by Robert Edwin Jacobsen ).(Attachments: # 1 Proposed Order) *(RE: related document(s)86 Order Converting Case to Chapter 7,, ).* (Rossini, William) Additional attachment(s) added on 12/17/2007 (bl, ). Modified on 12/17/2007 (bl, (Entered: 12/14/2007) |
| 12/18/2007 | 93 | Amended Motion to Reconsider *Memorandum Opinion and Order Granting Chapter 13 Trustee's Motion to Convert Case to Chapter 7 and Denying Debtor's Motion to Voluntarily Dismiss Chapter 13 Case* Filed by Robert Edwin Jacobsen *(RE: related document(s)92 Motion to Reconsider Memorandum Opinion and Order Granting Chapter 13 Trustee's Motion to Convert Case to Chapter 7 and Denying Debtor's Motion to Voluntarily Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen* ).(Attachments: # 1 Proposed Order) *(RE: related document(s)86 Order Converting Case to Chapter 7,, ).* (Rossini, William) *Additional attachment(s) added on 12/17/2007 (bl, ). Modified on 12/17/2007 (bl, (Entered: 12/18/2007)* |
| 12/19/2007 | 94 | Application to Serve as Attorney for Trustee Filed by Christopher Moser (Attachments: # 1 Exhibit A# 2 Proposed Order) (Levick, Larry) (Entered: 12/19/2007) |

# HAROLD M. JAFFE
## ATTORNEY AT LAW
### 3521 GRAND AVENUE
### OAKLAND, CA 94610
Telephone: (510) 452-2610 Facsimile: (510) 452-9125
email: jaffe510@aol.com
December 27, 2007
**VIA FACSIMILE**

Alise Malikyar
P.O. Box 1386
Lafayette, CA 94559

      **Re:**    **Malikyar v. Srameks, et al.**
           **USDC for the Northern District of Calif., Case No. C07-03533**

Dear Ms. Malikyar:

This will respond to your fax sent at approximately 11:30 p.m., on December 20, 2007, which contained a proposed Stipulation and Proposed Order to continue the time to file an amended complaint from January 7, 2008, until April 7, 2008.

In that regard, I draw your attention to Judge Alsup's Order (1) Granting Defendants' Motion for Summary Judgment; (2) Denying as Moot Plaintiff's Motion for Leave to Amend and (3) Vacating Hearing on Separate Motion, filed on November 8, 2007, which states at page 6, lines 1-2, "Since she [Malikyar] does not have standing on her own to sue, defendants' motion is Granted." After so ruling, the Court granted you leave to amend to add indispensable parties, and pointed out that "the status of Jacobsen's bankruptcy petition is in flux." (11/08/07 Order, p. 6, lines 5-6).

On December 5, 2007, the Court in Mr. Jacobsen's bankruptcy, entered an order converting the case from a Chapter 13 to a Chapter 7, and appointed Christopher Moser, as bankruptcy trustee.

Judge Alsup's Order filed November 8, 2007, states that the plaintiff's claim in this case is "presumptively community property. Thus it is presumptively the property of Jacobsen's bankruptcy estate." (11/08/07 Order, p. 5, lines 16-17).

Upon the entry of the Bankruptcy Court's order appointing a trustee in Mr. Jacobsen's bankruptcy on December 5, 2007, any causes of action against other parties, passed to the trustee. See *Cloud v. Northrop, Grumman Corp.*, (1998) 67 Cal.App.4th 995, 1001, 79 Cal.Rptr.2d 544 [Cloud]; see *Olick v. Parker & Parsely Petroleum Co.*, 145 F.3d 513, 515 (2nd Cir. 1998).

Since the trustee retains control of the debtor's property, I do not believe that the proposed Stipulation can be executed absent the signature of the trustee, whether acting himself or through his court appointed counsel.

                    Very truly yours,

                    HAROLD M. JAFFE

HMJ:gls
cc:    Clients (Via email)

# EXHIBIT B

GC2/MALIK122707.LTR

```
 * * * COMMUNICATION RESULT REPORT ( DEC. 27. 2007  3:09PM ) * * *
                                                           FAX HEADER:  LAW OFFICES

TRANSMITTED/STORED : DEC. 27. 2007  3:08PM
FILE MODE          OPTION             ADDRESS                    RESULT        PAGE
------------------------------------------------------------------------------------
248  MEMORY TX                        14072092126                OK            2/2




--------------------------------------------------------------------------------------
      REASON FOR ERROR
         E-1) HANG UP OR LINE FAIL              E-2) BUSY
         E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# HAROLD M. JAFFE

**Attorney at Law**
**3521 Grand Avenue**
**Oakland, California 94610**
**Telephone: (510) 452-2610  Facsimile: (510) 452-9125**
**E-MAIL: jaffe510@aol.com**

| | |
|---|---|
| **TO:** | **Alise Malikyar** |
| **FIRM:** | |
| **FAX NO:** | **(407) 209-2126** |
| **TEL. NO:** | **(925) 899-9890** |
| | |
| **FROM:** | **Gail Smith, Paralegal** |
| **FAX NO:** | **(510) 452-9125** |
| **TEL NO:** | **(510) 452-2610** |
| | |
| **DATE:** | **December 27, 2007** |
| | |
| **RE:** | **Malikyar v. Srameks, et al.** |
| | **USDC for the Northern District of Calif., Case No. C07-03533** |
| | |
| **ENCL(S):** | **See attached.** |
| | |
| **MESSAGE:** | |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DISCARD THE ORIGINAL MESSAGE. THANK YOU.

**ORIGINAL BY MAIL    Yes    XX No**
**NO. OF PAGES _2_ INCLUDING THIS COVER SHEET**
**IF THIS TRANSMISSION WAS INCOMPLETE OR UNREADABLE**
**PLEASE CALL BEVERLY AT (510) 452-2610**

Subj:     **STIPULATION CASE NO. 3:07-cv-03533-WHA**
Date:     12/27/2007 5:04:23 PM Pacific Standard Time
From:     Haena2
To:       JAFFE510


Dear Mr. Jaffe:

Is it your intention to agree to the stipulation faxed to you before Christmas?

Alise Malikyar




See AOL's top rated recipes and easy ways to stay in shape for winter.

# EXHIBIT C

P.O. Box 1386
Lafayette, CA 94549
925 899-9890
fax (407) 209-2126


*Alise Malikyar*

# Fax

**To:**  *Harold Jaffe*          **From:**  *Alise Malikyar*

**Fax:**  510 452-9125                **Pages:**

**Phone:**                        **Date:**  12/27/2007

**Re:**  Stipulation                **CC:**

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Before Christmas I sent a stipulation and draft order for your signature. Please advise me in
immediately in writing whether you intend to sign that stipulation, as I must serve and file a motion if you
cannot stipulate to this reasonable request for an extension of time.

Alise Malikyar



EXHIBIT D

# HAROLD M. JAFFE
### ATTORNEY AT LAW
### 3521 GRAND AVENUE
### OAKLAND, CA 94610
Telephone: (510) 452-2610 Facsimile: (510) 452-9125
email: jaffe510@aol.com
December 28, 2007
### VIA EMAIL AND FACSIMILE

Alise Malikyar
P.O. Box 1386
Lafayette, CA 94559

      **Re:    Malikyar v. Srameks, et al.**
           **USDC for the Northern District of Calif., Case No. C07-03533**

Dear Ms. Malikyar:

      Your email sent December 27, 2007, at approximately 5:23 p.m., is hereby acknowledged. Please be advised that a detailed response concerning the Stipulation was faxed to you on December 27, 2007, at 3:08 p.m., and I enclose herewith another copy for your convenience.

      Very truly yours,

      HAROLD M. JAFFE

HMJ:gls
Encls.
cc:    Clients (Via email; w/encls.)

# EXHIBIT E

# HAROLD M. JAFFE
### ATTORNEY AT LAW
### 3521 GRAND AVENUE
### OAKLAND, CA 94610
Telephone: (510) 452-2610 ˜ Facsimile: (510) 452-9125
email: jaffe510@aol.com
December 27, 2007
### VIA FACSIMILE

Alise Malikyar
P.O. Box 1386
Lafayette, CA 94559

     **Re:    Malikyar v. Srameks, et al.**
           **USDC for the Northern District of Calif., Case No. C07-03533**

Dear Ms. Malikyar:

This will respond to your fax sent at approximately 11:30 p.m., on December 20, 2007, which contained a proposed Stipulation and Proposed Order to continue the time to file an amended complaint from January 7, 2008, until April 7, 2008.

In that regard, I draw your attention to Judge Alsup's Order (1) Granting Defendants' Motion for Summary Judgment; (2) Denying as Moot Plaintiff's Motion for Leave to Amend and (3) Vacating Hearing on Separate Motion, filed on November 8, 2007, which states at page 6, lines 1-2, "Since she [Malikyar] does not have standing on her own to sue, defendants' motion is Granted." After so ruling, the Court granted you leave to amend to add indispensable parties, and pointed out that "the status of Jacobsen's bankruptcy petition is in flux." (11/08/07 Order, p. 6, lines 5-6).

On December 5, 2007, the Court in Mr. Jacobsen's bankruptcy, entered an order converting the case from a Chapter 13 to a Chapter 7, and appointed Christopher Moser, as bankruptcy trustee.

Judge Alsup's Order filed November 8, 2007, states that the plaintiff's claim in this case is "presumptively community property. Thus it is presumptively the property of Jacobsen's bankruptcy estate." (11/08/07 Order, p. 5, lines 16-17).

Upon the entry of the Bankruptcy Court's order appointing a trustee in Mr. Jacobsen's bankruptcy on December 5, 2007, any causes of action against other parties, passed to the trustee. See *Cloud v. Northrop, Grumman Corp.*, (1998) 67 Cal.App.4th 995, 1001, 79 Cal.Rptr.2d 544 [Cloud]; see *Olick v. Parker & Parsely Petroleum Co.*, 145 F.3d 513, 515 (2nd Cir. 1998).

Since the trustee retains control of the debtor's property, I do not believe that the proposed Stipulation can be executed absent the signature of the trustee, whether acting himself or through his court appointed counsel.

          Very truly yours,

          s/

          HAROLD M. JAFFE

HMJ:gls
cc:    Clients (Via email)

Subj:     **Malikyar v. Sramek**
Date:     12/28/2007 11:20:48 A.M. Pacific Standard Time
From:     GailSmith510
To:       Haena2
CC:       JAFFE510
BCC:      john_sramek@hotmail.com

Ms. Malikyar:

Letter to you from Harold of this date.  If you have any problem downloading
the attachments, please call immediately.  Also, please be advised that the
enclosed is being faxed to you as well.

Gail Smith
==================================================================================

Gail Smith, Paralegal for the
Law Offices of Harold M. Jaffe
3521 Grand Avenue
Oakland, CA 94610
gailsmith510@aol.com
T: (510) 452-2610
F: (510) 452-9125


THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS
ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT
FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE
INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE
MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE
RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND
DISCARD THE COMMUNICATION.  THANK YOU.

See AOL's top rated recipes and easy ways to stay in shape for winter.

* * * COMMUNICATION RESULT REPORT ( DEC. 28. 20   11:19AM ) * * *

FAX HEADER:  LAW OFFICES

```
TRANSMITTED/STORED : DEC. 28. 2007 11:18AM
FILE MODE        OPTION           ADDRESS                    RESULT      PAGE
-----------------------------------------------------------------------------
259  MEMORY TX                    14072092126                OK          3/3
```

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION

## HAROLD M. JAFFE
**Attorney at Law**
3521 Grand Avenue
Oakland, California 94610
Telephone: (510) 452-2610 Facsimile: (510) 452-9125
E-MAIL: jaffe510@aol.com

TO: **Alise Malikyar**
FIRM:
FAX NO: **(407) 209-2126**
TEL NO: **(925) 899-9890**

FROM: **Gail Smith, Paralegal**
FAX NO: **(510) 452-9125**
TEL NO: **(510) 452-2610**

DATE: **December 28, 2007**

RE: **Malikyar v. Srameks, et al.**
**USDC for the Northern District of Calif., Case No. C07-03533**

ENCL(S): **See attached.**

MESSAGE:

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DISCARD THE ORIGINAL MESSAGE. THANK YOU.

ORIGINAL BY MAIL    Yes   XX No
NO. OF PAGES 3  INCLUDING THIS COVER SHEET
IF THIS TRANSMISSION WAS INCOMPLETE OR UNREADABLE
PLEASE CALL BEVERLY AT (510) 452-2610