HAROLD M. JAFFE, ESQ.
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100,<br><br>    Defendants.<br>_____ / | CASE NO. C07-03533 WHA<br><br>REQUEST FOR JUDICIAL NOTICE RE: MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S EX PARTE MOTION AND [PROPOSED] ORDER CHANGING TIME FOR PLAINTIFF TO AMEND COMPLAINT<br><br>CTRM:    9 - Hon. William Alsup |

Defendants, JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust ("Defendants") hereby submit the following request for judicial notice re: memorandum of points and authorities in support of opposition to plaintiff's ex parte motion and [proposed] order changin time for plaintiff to amend complaint.

**EXHIBIT 1:** Docket in case styled, <u>Robert Jacobsen, Debtor</u>, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092.

DATED: January 3, 2008

                      /s/ Harold M. Jaffe
HAROLD M. JAFFE, ESQ., Attorney for Defendants
JOHN SRAMEK and BERNADETTE SRAMEK,
individually and as Trustees of the John S. Sramek, Jr.
and Bernadette D. Sramek Revocable Living Trust and
Harold M. Jaffe, In Pro Per

1

FinMgmtDue, CONVERTED

# United States Bankruptcy Court
## Eastern District of Texas (Sherman)
## Bankruptcy Petition #: 07-41092

| | |
|---|---|
| *Assigned to:* Honorable Brenda T. Rhoades | *Date Filed:* 05/25/2007 |
| Chapter 7 | *Date Converted:* 12/05/2007 |
| Previous chapter 13 | |
| Voluntary | |
| No asset | |

*Debtor*
**Robert Edwin Jacobsen**
101 CN Freenville Rd.
No. 259
Allen, TX 75002
SSN: xxx-xx-2723

represented by **William Paul Rossini**
Rossini & Wagner PC
1201 Main Street
Suite 2470
Dallas, TX 75202
(214) 979-7321
Fax : (214) 979-7301
Email:
williamp@rossiniwagner.com

*Trustee*
**Janna L. Countryman**
P. O. Box 941166
Plano, TX 75094-1166
(972) 943-2580
*TERMINATED: 12/05/2007*

*Trustee*
**Christopher Moser**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 880-1805

represented by **Larry A. Levick**
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001
(972) 380-5533
Fax : (972)380-5748
Email:
levick@singerlevick.com

*U.S. Trustee*
**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702
(903) 590-1450

represented by **Marcus Salitore**
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
903-590-1450
Email:
marc.f.salitore@usdoj.gov

**EXHIBIT 1**

| Filing Date | # | Docket Text |
|---|---|---|
| 05/25/2007 | 1 | Chapter 13 Voluntary Petition and Notice to Individual Consumer Debtors. Without Schedules, Statements, and all other required documents Without PlanFiled by Robert Edwin Jacobsen Document Due 5/30/2007.(Rossini, William) (Entered: 05/25/2007) |
| 05/25/2007 |  | Receipt of Voluntary Petition (Chapter 13)(07-41092) [misc,volp13a] ( 274.00) filing fee. Receipt number 3529249, amount $ 274.00. (U.S. Treasury) (Entered: 05/25/2007) |
| 05/25/2007 | 2 | Certificate of Credit Counseling for Debtor Filed by Robert Edwin Jacobsen (Rossini, William) (Entered: 05/25/2007) |
| 05/25/2007 | 3 | (Docketed in Error - Wrong Event - See Doc#4 for Correction") Certification of Attorneys Fees Filed by Robert Edwin Jacobsen (Rossini, William) Modified on 5/29/2007 (bl, ). (Entered: 05/25/2007) |
| 05/25/2007 | 4 | Disclosure of Compensation of Attorney for Debtor Amount Charged $ $3,000 Amount Paid $ $3,000 Filed by Robert Edwin Jacobsen (Rossini, William) (Entered: 05/25/2007) |
| 05/25/2007 | 5 | Notice to Individual Consumer Debtor Under Sec. 342(b) of the Bankruptcy Code Filed by Robert Edwin Jacobsen (Rossini, William) (Entered: 05/25/2007) |
| 05/25/2007 | 6 | Employee Income Records ; *Proof of Income for Self-employed Debtor* Filed by Robert Edwin Jacobsen (Rossini, William) (Entered: 05/25/2007) |
| 05/25/2007 | 7 | Disclosure of Compensation of Attorney for Debtor Amount Charged $ 3,000.00 Amount Paid $ 3,000.00 Filed by William P. Rossini. (bl, ) (Entered: 05/29/2007) |
| 06/04/2007 |  | Declaration for Electronic Filing of Bankruptcy Petition, Lists, Statements, and SchedulesIn Re: *(RE: related document(s)1 Chapter 13 Voluntary Petition filed by Debtor Robert Edwin Jacobsen).* (bl, ) (Entered: 06/04/2007) |
| 06/07/2007 | 8 | Notice of Appearance by (Attorney: Joe Lozano) Filed by CitiMortgage, Inc. (Lozano, Joe) (Entered: 06/07/2007) |
| 06/07/2007 | 9 | Request for Notices Filed by John Sramek (Lewis, John) (Entered: 06/07/2007) |
| 06/19/2007 | 10 | Motion to Extend Time to File Schedules, Statements and Other |

| | | |
|---|---|---|
| | | Required Documents Filed by Robert Edwin Jacobsen (Attachments: # 1 Proposed Order Granting Motion to Extend Time for Filing Schedules, Statement of Affairs, etc.) (Rossini, William) (Entered: 06/19/2007) |
| 06/20/2007 | | First Meeting of Creditors Filed by Janna L. Countryman 341(a) meeting to be held on 7/20/2007 at 01:30 PM at Plano 341 Meeting Room. Proofs of Claims due by 10/18/2007. Last day to oppose dischargeability is 9/18/2007. Confirmation hearing to be held on 8/29/2007 at 09:30 AM at Plano Bankruptcy Courtroom. (Countryman, Janna) (Entered: 06/20/2007) |
| 06/22/2007 | 11 | Order Granting Debtor's Motion for Extension Time to File Schedules, Statements and Other Required Documents (Initial Request) *(RE: related document(s)10 Motion to Extend Time to File Schedules, Statements and Other Required Documents filed by Debtor Robert Edwin Jacobsen).* Schedules A-J due 6/25/2007. Chapter 13 Plan due by 6/25/2007. (bl, ) (Entered: 06/22/2007) |
| 06/22/2007 | 12 | BNC Certificate of Mailing - Meeting of Creditors. *(RE: related document(s) First Meeting of Creditors Filed by Janna L. Countryman 341(a) meeting to be held on 7/20/2007 at 01:30 PM at Plano 341 Meeting Room. Proofs of Claims due by 10/18/2007. Last day to oppose dischargeability is 9/18/2007. Confirmation hearing to be held on 8/29/2007 at 09:30 AM at Plano Bankruptcy Courtroom. (Countryman, Janna) filed by Trustee Janna L. Countryman).* Service Date 06/22/2007. (Admin.) (Entered: 06/23/2007) |
| 06/24/2007 | 13 | Certificate Of Mailing *(RE: related document(s)11 Order Granting Debtor's Motion for Extension Time to File Schedules, Statements and Other Required Documents (Initial Request) (RE: related document(s)10 Motion to Extend Time to File Schedules, Statements and Other Required Documents filed by Debtor Robert Edwin Jacobsen). Schedules A-J due 6/25/2007. Chapter 13 Plan due by 6/25/2007. (bl, )).* Service Date 06/24/2007. (Admin.) (Entered: 06/24/2007) |
| 06/25/2007 | 14 | Notice of Missing Documents to Individual Debtor (Schedules and Statement, Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form B23). *(RE: related document(s)1 Chapter 13 Voluntary Petition filed by Debtor Robert Edwin Jacobsen).* (bl, ) (Entered: 06/25/2007) |
| 06/25/2007 | 15 | Chapter 13 Plan Filed by Robert Edwin Jacobsen *(RE: related document(s)11 Order Granting Debtor's Motion for Extension Time to File Schedules, Statements and Other Required Documents (Initial Request) (RE: related document(s)10 Motion to Extend Time to File Schedules, Statements and Other Required Documents filed by* |

| | | |
|---|---|---|
| | | *Debtor Robert Edwin Jacobsen). Schedules A-J due 6/25/2007. Chapter 13 Plan due by 6/25/2007. (bl, )).* (Rossini, William) (Entered: 06/25/2007) |
| 06/25/2007 | 16 | Original Schedules: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J,. Filed by Robert Edwin Jacobsen Document Due 7/2/2007. (Rossini, William) (Entered: 06/25/2007) |
| 06/25/2007 | 17 | Statement of Financial Affairs Filed by Robert Edwin Jacobsen Document Due 7/2/2007. (Rossini, William) (Entered: 06/25/2007) |
| 06/25/2007 | 18 | Chapter 13 Statement of Current Monthly and Disposable Income Filed by Robert Edwin Jacobsen Document Due 7/2/2007. (Rossini, William) (Entered: 06/25/2007) |
| 06/27/2007 | | Declaration for Electronic Filing of Amended Petition, Original/Amended Bankrupcty Statements and Schedules, and/or Amended Master Mailing List (Matrix)In Re: *(RE: related document(s)17 Statement of Financial Affairs 18 Chapter 13 Statement of Current Monthly and Disposable Income 16 Original Schedules: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J, filed by Debtor Robert Edwin Jacobsen).* (bl, ) (Entered: 06/27/2007) |
| 06/27/2007 | 19 | Certificate Of Mailing *(RE: related document(s)14 Notice of Missing Documents to Individual Debtor (Schedules and Statement, Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form B23). (RE: related document(s)1 Chapter 13 Voluntary Petition filed by Debtor Robert Edwin Jacobsen). (bl, )).* Service Date 06/27/2007. (Admin.) (Entered: 06/28/2007) |
| 07/03/2007 | 20 | Request for Notices Filed by Saxon Mortgage (Margolf, Michael) (Entered: 07/03/2007) |
| 07/22/2007 | 21 | Notice of Appearance by (Attorney: John E. Johnson) , Request for Notices Filed by Timothy E. Carlson, C.P.A., a professional corporation (Johnson, John) (Entered: 07/22/2007) |
| 07/23/2007 | 22 | Creditors' Application for Rule 2004 Examination of Roger S. Moore Filed by John Sramek (Attachments: # 1 Proposed Order) (Lewis, John) Modified on 7/24/2007 (bl, ). (Entered: 07/23/2007) |
| 07/23/2007 | 23 | Creditors' Application for Rule 2004 Examination of Custodian of Records for Quality Power & Sail, LLC Filed by John Sramek (Attachments: # 1 Proposed Order) (Lewis, John) Modified on |

| | | |
|---|---|---|
| | | 7/24/2007 (bl, ). (Entered: 07/23/2007) |
| 07/27/2007 | 24 | Adversary case 07-04134. (72 (Injunctive relief - other)): filed by Janna L. Countryman against Robert Edwin Jacobsen, ALISE MALIKYAR. (Attachments: # 1 Summons # 2 Summons) (Countryman, Janna) (Entered: 07/27/2007) |
| 07/30/2007 | | First Meeting of Creditors Not Held *and to be reset* Filed by Janna L. Countryman (Countryman, Janna) (Entered: 07/30/2007) |
| 07/31/2007 | 25 | DOCKETED IN ERROR - ERRONEOUSLY CAPTIONED PLEADING - SEE CASE 07-4134 DOC. 6 FOR CORRECTION: Certificate of Notice *of Hearing on Complaint for Temporary Restraining Order* Filed By Janna L. Countryman Filed by on behalf of Janna L. Countryman (Countryman, Janna) Modified on 8/1/2007 (lc, ). (Entered: 07/31/2007) |
| 07/31/2007 | 26 | DOCKETED IN ERROR - ERRONEOUSLY CAPTIONED PLEADING - PLEASE SEE CASE 07-4134 DOC. 7 FOR CORRECTION: Summons Service Executed on ALISE MALIKYAR 7/31/2007 . (Countryman, Janna) Modified on 8/1/2007 (lc, ). (Entered: 07/31/2007) |
| 07/31/2007 | 27 | DOCKETED IN ERROR - ERRONEOUSLY CAPTIONED PLEADING - SEE CASE 07-4134 DOC. 8 FOR CORRECTION: Summons Service Executed on Alise Malikyar 7/31/2007 . (Countryman, Janna) Modified on 8/1/2007 (lc, ). (Entered: 07/31/2007) |
| 07/31/2007 | 28 | DOCKETED IN ERROR - ERRONEOUSLY CAPTIONED PLEADING - SEE CASE 07-4134 DOC. 9 FOR CORRECTION: Summons Service Executed on Alise Malikyar 7/31/2007 . (Countryman, Janna) Modified on 8/1/2007 (lc, ). (Entered: 07/31/2007) |
| 07/31/2007 | 29 | DOCKETED IN ERROR - ERRONEOUSLY CAPTIONED PLEADING - PLEASE SEE CASE 07-4134 DOC. 10 FOR CORRECTION: Summons Service Executed on Robert Edwin Jacobsen 7/31/2007 . (Countryman, Janna) Modified on 8/1/2007 (lc, ). (Entered: 07/31/2007) |
| 07/31/2007 | 30 | DOCKETED IN ERROR - ERRONEOUSLY CAPTIONED PLEADING - SEE CASE 07-4134 DOC. 6 FOR CORRECTION: Certificate of Notice *Hearing on Complaint for Temporary Restraining Order* Filed By Janna L. Countryman Filed by on behalf of Janna L. Countryman (Countryman, Janna) Modified on 8/1/2007 (lc, ). (Entered: 07/31/2007) |

| | | |
|---|---|---|
| 08/01/2007 | 31 | Creditors' Application for Examination of Alise Malikyar Under Rule 2004 Filed by John Sramek (Attachments: # 1 Exhibit Exs A and B to Application# 2 Proposed Order) (Lewis, John) Modified on 8/2/2007 (bl, ). (Entered: 08/01/2007) |
| 08/02/2007 | 32 | FILED IN ERROR - SEE DOC. 33 FOR CORRECTION. motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # 1 Proposed Order) (Countryman, Janna) Modified on 8/2/2007 (lc, ). (Entered: 08/02/2007) |
| 08/02/2007 | 33 | Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # 1 Proposed Order) (Countryman, Janna) (Entered: 08/02/2007) |
| 08/02/2007 | | Receipt Number 40048267, Fee Amount:25 *(RE: related document(s) 33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman).* (jc, ) (Entered: 08/02/2007) |
| 08/02/2007 | 34 | Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # 1 Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) (Entered: 08/02/2007) |
| 08/03/2007 | 35 | Objection Filed by Janna L. Countryman *(RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # (1) Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Countryman, Janna) (Entered: 08/03/2007) |
| 08/06/2007 | | Hearing Set *(RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen.* Hearing scheduled for 9/12/2007 at 02:00 PM at Plano Bankruptcy Courtroom. (th, ) (Entered: 08/06/2007) |
| 08/07/2007 | 36 | Order Dismissing Pleading Without Prejudice *(RE: related document(s)22 Creditors' Application for Rule 2004 Examination of Roger S. Moore filed by Creditor John Sramek).* (bl, ) (Entered: 08/07/2007) |
| 08/07/2007 | 37 | Order Dismissing Pleading Without Prejudice *(RE: related document(s)23 Creditors' Application for Rule 2004 Examination of Custodian of Records for Quality Power & Sail, LLC filed by Creditor John Sramek).* (bl, ) (Entered: 08/07/2007) |
| 08/08/2007 | 38 | WITHDRAWN: Motion to Sell *Real Property* Filed by Robert Edwin Jacobsen (Rossini, William) Modified on 8/13/2007 (lc, ). (Entered: |

| | | |
|---|---|---|
| | | 08/08/2007) |
| 08/08/2007 | 39 | Request for Expedited Hearing *on Motion to Sell Real Property* Filed by Robert Edwin Jacobsen *(RE: related document(s)38 Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Attachments: # 1 Proposed Order Granting Expedited Hearing on Motion to Sell Real Property) (Rossini, William) (Entered: 08/08/2007) |
| 08/08/2007 | 40 | WITHDRAWN: Motion to Sell *Real Property* Filed by Robert Edwin Jacobsen (Rossini, William) Modified on 8/13/2007 (lc, ). (Entered: 08/08/2007) |
| 08/08/2007 | 41 | Request for Expedited Hearing *on Motion to Sell Real Property* Filed by Robert Edwin Jacobsen *(RE: related document(s)40 Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Attachments: # 1 Proposed Order Granting Motion for Expedited Hearing on Motion to Sell Real Property) (Rossini, William) (Entered: 08/08/2007) |
| 08/08/2007 | 42 | Certificate Of Mailing *(RE: related document(s) Hearing Set (RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen. Hearing scheduled for 9/12/2007 at 02:00 PM at Plano Bankruptcy Courtroom. (th, )).* Service Date 08/08/2007. (Admin.) (Entered: 08/09/2007) |
| 08/09/2007 | | Hearing Set 38 Motion to Sell *Real Property* Filed by Robert Edwin Jacobsen , 40 Motion to Sell *Real Property* Filed by Robert Edwin Jacobsen Hearing scheduled for 8/14/2007 at 11:45 AM at Plano Bankruptcy Courtroom. (sr, ) (Entered: 08/09/2007) |
| 08/09/2007 | 43 | Order Granting Expedited Hearing on Motion to Sell Real Property *(RE: related document(s)39 Request for Expedited Hearing on Motion to Sell Real Property Filed by Robert Edwin Jacobsen (RE: related document(s)38 Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen. (bl, ) (Entered: 08/09/2007)* |
| 08/09/2007 | 44 | Order Granting Expedited Hearing on Motion to Sell Real Property *(RE: related document(s)41 Request for Expedited Hearing on Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen.* (bl, ) (Entered: 08/09/2007) |
| 08/09/2007 | 45 | Debtor's Exhibit and/or Witness List Filed by Robert Edwin Jacobsen *(RE: related document(s)40 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Rossini, William) Modified on 8/9/2007 (bl, ). (Entered: 08/09/2007) |

| 08/09/2007 | 46 | Exhibit and/or Witness List Filed by John Sramek *(RE: related document(s)38 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen, 40 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Lewis, John) (Entered: 08/09/2007) |
|---|---|---|
| 08/09/2007 | 47 | Exhibit and/or Witness List Filed by Timothy E. Carlson, C.P.A., a professional corporation *(RE: related document(s)40 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Johnson, John) (Entered: 08/09/2007) |
| 08/09/2007 | 48 | Certificate Of Mailing *(RE: related document(s)36 Order Dismissing Pleading Without Prejudice (RE: related document(s)22 Creditors' Application for Rule 2004 Examination of Roger S. Moore filed by Creditor John Sramek). (bl, )).* Service Date 08/09/2007. (Admin.) (Entered: 08/10/2007) |
| 08/09/2007 | 49 | Certificate Of Mailing *(RE: related document(s)37 Order Dismissing Pleading Without Prejudice (RE: related document(s)23 Creditors' Application for Rule 2004 Examination of Custodian of Records for Quality Power & Sail, LLC filed by Creditor John Sramek). (bl, )).* Service Date 08/09/2007. (Admin.) (Entered: 08/10/2007) |
| 08/10/2007 | 50 | Comment in Re: *Trustee's Motion to Convert (Response in Support).* Filed by Timothy E. Carlson, C.P.A., a professional corporation *(RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman).* (Johnson, John) (Entered: 08/10/2007) |
| 08/10/2007 | 51 | Objection Filed by Timothy E. Carlson, C.P.A., a professional corporation *(RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # (1) Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Johnson, John) (Entered: 08/10/2007) |
| 08/10/2007 | 52 | Objection Filed by Timothy E. Carlson, C.P.A., a professional corporation *(RE: related document(s)38 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen, 40 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Johnson, John) (Entered: 08/10/2007) |

| | | |
|---|---|---|
| 08/10/2007 | 53 | Objection Filed by John Sramek *(RE: related document(s)38 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen, 40 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Attachments: # 1 Exhibit Exs A, B & C) (Lewis, John) (Entered: 08/10/2007) |
| 08/10/2007 | 54 | Exhibit and/or Witness List Filed by John Sramek *(RE: related document(s)38 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen, 40 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Lewis, John) (Entered: 08/10/2007) |
| 08/11/2007 | 55 | Certificate Of Mailing *(RE: related document(s) Hearing Set 38 Motion to Sell Real Property Filed by Robert Edwin Jacobsen , 40 Motion to Sell Real Property Filed by Robert Edwin Jacobsen Hearing scheduled for 8/14/2007 at 11:45 AM at Plano Bankruptcy Courtroom. (sr. )).* Service Date 08/11/2007. (Admin.) (Entered: 08/12/2007) |
| 08/11/2007 | 56 | Certificate Of Mailing *(RE: related document(s)43 Order Granting Expedited Hearing on Motion to Sell Real Property (RE: related document(s)39 Request for Expedited Hearing on Motion to Sell Real Property Filed by Robert Edwin Jacobsen (RE: related document(s) 38 Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen. (bl, )).* Service Date 08/11/2007. (Admin.) (Entered: 08/12/2007) |
| 08/11/2007 | 57 | Certificate Of Mailing *(RE: related document(s)44 Order Granting Expedited Hearing on Motion to Sell Real Property (RE: related document(s)41 Request for Expedited Hearing on Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen. (bl, )).* Service Date 08/11/2007. (Admin.) (Entered: 08/12/2007) |
| 08/13/2007 | 58 | Objection Filed by Janna L. Countryman *(RE: related document(s)40 Motion to Sell Real Property Filed by Robert Edwin Jacobsen (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Countryman, Janna) (Entered: 08/13/2007) |
| 08/13/2007 | 59 | ERROR - WRONG EVENT CODE - SEE DOC. 60 FOR CORRECTION: Motion *Withdrawing Motion to Sell Real Property and Motion for Expedited Hearing* Filed by Robert Edwin Jacobsen *(RE: related document(s)41 Request for Expedited Hearing on* |

| | | |
|---|---|---|
| | | *Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen, 39 Request for Expedited Hearing on Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen, 38 Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen, 40 Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Rossini, William) Modified on 8/13/2007 (lc, ). (Entered: 08/13/2007) |
| 08/13/2007 | 60 | Document Withdrawal Filed by Robert Edwin Jacobsen *(RE: related document(s)41 Request for Expedited Hearing Filed by Robert Edwin Jacobsen, 40 Motion to Sell Real Property filed by Debtor Robert Edwin Jacobsen, 39 Request for Expedited Hearing filed by Robert Edwin Jacobsen and 38 Motion to Sell Real Property Filed by Robert Edwin Jacobsen).* (lc, ) (Entered: 08/13/2007) |
| 08/15/2007 | 61 | Order Dismissing Motion for 2004 Examination *(RE: related document(s)31 Creditors' Application for Examination of Alise Malikyar Under Rule 2004 filed by Creditor John Sramek).* (bl, ) (Entered: 08/15/2007) |
| 08/15/2007 | 62 | First Meeting of Creditors Continued *with Certificate of Service* Filed by Janna L. Countryman 341(a) meeting to be held on 9/14/2007 at 09:00 AM at Plano 341 Meeting Room. (Countryman, Janna) (Entered: 08/15/2007) |
| 08/17/2007 | 63 | Certificate Of Mailing *(RE: related document(s)61 Order Dismissing Motion for 2004 Examination (RE: related document(s)31 Creditors' Application for Examination of Alise Malikyar Under Rule 2004 filed by Creditor John Sramek). (bl, )).* Service Date 08/17/2007. (Admin.) (Entered: 08/18/2007) |
| 08/22/2007 | 64 | Objection Filed by Robert Edwin Jacobsen *(RE: related document(s) 33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman).* (Rossini, William) (Entered: 08/22/2007) |
| 08/23/2007 | | Hearing Set *(RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman.* Hearing scheduled for 9/12/2007 at 02:00 PM at Plano Bankruptcy Courtroom. (th, ) (Entered: 08/23/2007) |
| 08/25/2007 | 65 | Certificate Of Mailing *(RE: related document(s) Hearing Set (RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman. Hearing scheduled for 9/12/2007 at 02:00 PM at Plano Bankruptcy Courtroom. (th, )).* |

| | | |
|---|---|---|
| | | Service Date 08/25/2007. (Admin.) (Entered: 08/26/2007) |
| 08/29/2007 | | Continued Chapter 13 Confirmation Hearing Confirmation hearing to be held on 10/17/2007 at 09:30 AM at Plano Bankruptcy Courtroom. (sd, ) (Entered: 08/29/2007) |
| 09/06/2007 | 66 | Amended Objection Filed by Robert Edwin Jacobsen *(RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman).* (Rossini, William) (Entered: 09/06/2007) |
| 09/06/2007 | 67 | Exhibit and/or Witness List Filed by Robert Edwin Jacobsen *(RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # 1 Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen, 33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # 1 Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman).* (Attachments: # 1 Exhibit Exhibit D-A# 2 Exhibit Exhibit DB# 3 Exhibit Exhibit D-C# 4 Exhibit Exhibit D-D# 5 Exhibit Exhibit D-E# 6 Exhibit Exhibit D-F# 7 Exhibit Exhibit D-G# 8 Exhibit Exhibit D-H# 9 Exhibit Exhibit D-I# 10 Exhibit Exhibit D-J# 11 Exhibit Exhibit D-K# 12 Exhibit Exhibit D-L# 13 Exhibit Exhibit D-M# 14 Exhibit Exhibit D-N# 15 Exhibit Exhibit D-O# 16 Exhibit Exhibit D-P# 17 Exhibit Exhibit D-Q) (Rossini, William) (Entered: 09/06/2007) |
| 09/06/2007 | 68 | Exhibit and/or Witness List Filed by John Sramek *(RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman, 34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # (1) Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Lewis, John) (Entered: 09/06/2007) |
| 09/06/2007 | 69 | Exhibit and/or Witness List Filed by John Sramek *(RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman, 34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # (1) Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Lewis, John) (Entered: 09/06/2007) |
| | | |

| 09/06/2007 | 70 | Exhibit and/or Witness List Filed by Timothy E. Carlson, C.P.A., a professional corporation *(RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman, 34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # (1) Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Johnson, John) (Entered: 09/06/2007) |
|---|---|---|
| 09/07/2007 | 71 | Objection Filed by John Sramek *(RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # (1) Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen).* (Lewis, John) (Entered: 09/07/2007) |
| 09/07/2007 | 72 | Affidavit Filed by John Sramek *(RE: related document(s)71 Objection Filed by John Sramek (RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # (1) Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen). (Lewis, John) filed by Creditor John Sramek).* (Lewis, John) (Entered: 09/07/2007) |
| 09/07/2007 | 73 | Request for Judicial Notice Re: Objection of Parties in Interest to Debtor's Motion to Dismiss and Memorandum in Support of Trustee's Motion to Convert this Case to Chapter 7 Filed by John Sramek (Attachments: # 1 Exhibit First Amended Complaint# 2 Exhibit Order Deeming Admitted Truth of Facts# 3 Exhibit Order Granting Summary Adjudication) (Lewis, John) Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # 1 Proposed Order) (Countryman, Janna) Receipt Number 40048267, Fee Amount:25 (RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case filed by Trustee Janna L. Countryman). (jc, ) 34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # 1 Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) Modified on 9/11/2007 (bl, ). (Entered: 09/07/2007) |
| 09/07/2007 | | HEARING CONTINUED by the Court for a special setting (RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen , AND 33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman . Hearing scheduled for 9/27/2007 at 02:00 PM at Plano Bankruptcy Courtroom. 2 Hours Allotted For This Hearing. (sd, ) (Entered: 09/07/2007) |

| | | |
|---|---|---|
| 09/09/2007 | 74 | Certificate Of Mailing *(RE: related document(s) HEARING CONTINUED by the Court for a special setting (RE: related document(s)* 34 *Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen , AND* 33 *Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman . Hearing scheduled for 9/27/2007 at 02:00 PM at Plano Bankruptcy Courtroom. 2 Hours Allotted For This Hearing. (sd, )).* Service Date 09/09/2007. (Admin.) (Entered: 09/09/2007) |
| 09/12/2007 | 75 | Joinder in Support of *Chapter 13 Trustee's Motion to Convert Case to Chapter 7* Filed by John Sramek *(RE: related document(s)* 33 *Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman).* (Lewis, John) Modified on 9/12/2007 (bl, ). (Entered: 09/12/2007) |
| 09/21/2007 | | First Meeting of Creditors Not Held *and to be reset* Filed by Janna L. Countryman (Countryman, Janna) (Entered: 09/21/2007) |
| 09/27/2007 | | Hearing Continued *(RE: related document(s)* 34 *Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen (Attachments: # (1) Proposed Order Granting Debtor's Motion to Dismiss) (Rossini, William) filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen,* 33 *Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman).* Hearing scheduled for 11/21/2007 at 10:00 AM at Plano Bankruptcy Courtroom. (sd, ) (Entered: 09/28/2007) |
| 10/08/2007 | 76 | Joint Notice of Transfer of Claim with Waiver in the amount of $20587.32 Claim Number 1 Filed by eCAST FOB Wells Fargo (Bass, Patti) (Entered: 10/08/2007) |
| 10/09/2007 | 77 | First Meeting of Creditors Continued Filed by Janna L. Countryman 341(a) meeting to be held on 11/8/2007 at 10:00 AM at Plano 341 Meeting Room. (Countryman, Janna) (Entered: 10/09/2007) |
| 10/10/2007 | 78 | Request for Notices Filed by eCAST FOB Wells Fargo (Bass, Patti) (Entered: 10/10/2007) |
| 10/16/2007 | 79 | Certificate of Notice *of Rescheduled Meeting of Creditors* Filed By William Paul Rossini Filed by on behalf of Robert Edwin Jacobsen (Rossini, William) (Entered: 10/16/2007) |
| 10/17/2007 | | Continued Chapter 13 Confirmation Hearing Confirmation hearing to be held on 12/12/2007 at 09:30 AM at Plano Bankruptcy Courtroom. (sd, ) (Entered: 10/18/2007) |

| | | |
|---|---|---|
| 10/18/2007 | 80 | Comment in Re: *Opposing Debtor's Motion to Dismiss and Supporting Chapter 13 Trustee's Motion to Convert Case to Chapter 7* Filed by US Trustee *(RE: related document(s)33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Janna L. Countryman (Attachments: # (1) Proposed Order) (Countryman, Janna) filed by Trustee Janna L. Countryman).* (Salitore, Marcus) (Entered: 10/18/2007) |
| 10/24/2007 | 81 | Motion to Quash Filed by Alise Malikyar (Attachments: # 1 Proposed Order # 2 Notice of Motion to Quash Subpoena# 3 Memorandum of Points and Authorities) (bl, ) (Entered: 10/25/2007) |
| 11/01/2007 | | Hearing Set (TELEPHONIC) (RE: related document(s)81 Motion to Quash Filed by Alise Malikyar Telephonic Hearing scheduled for 11/8/2007 at 04:10 PM at TELEPHONIC HEARING LOCATION. (sr, ) (Entered: 11/01/2007) |
| 11/03/2007 | 82 | Certificate Of Mailing *(RE: related document(s) Hearing Set (TELEPHONIC) (RE: related document(s)81 Motion to Quash Filed by Alise Malikyar Telephonic Hearing scheduled for 11/8/2007 at 04:10 PM at TELEPHONIC HEARING LOCATION. (sr, )).* Service Date 11/03/2007. (Admin.) (Entered: 11/04/2007) |
| 11/08/2007 | | Hearing Held: Motion granted. Order Due to be filed by: Bill Rossini *(RE: related document(s)81 Motion to Quash Filed by Alise Malikyar (Attachments: # (1) Proposed Order # (2) Notice of Motion to Quash Subpoena# (3) Memorandum of Points and Authorities) (bl, ) filed by Interested Party Alise Malikyar).* Order Due 11/19/2007. (sd, ) (Entered: 11/08/2007) |
| 11/15/2007 | | First Meeting of Creditors Not Held *and to be reset* Filed by Janna L. Countryman (Countryman, Janna) (Entered: 11/15/2007) |
| 11/20/2007 | | Proposed Order or Judgment Submitted At Court's Direction RE: 81 Motion to Quash UPLOADED 2007-11-20 18:31:09.0 (Entered: 11/20/2007) |
| 11/26/2007 | 83 | Order Quashing Subpoena*(RE: related document(s)81 Motion to Quash Filed by Alise Malikyar ).* (slt, ) (Entered: 11/26/2007) |
| 11/28/2007 | | Proposed Order or Judgment Submitted At Court's Direction RE: 33 Motion to Convert 13 Case to 7 (by Trustee/Creditor) UPLOADED 2007-11-28 14:24:54.0 (Entered: 11/28/2007) |
| 11/28/2007 | 84 | Certificate Of Mailing *(RE: related document(s)83 Order Quashing Subpoena(RE: related document(s)81 Motion to Quash Filed by Alise Malikyar ). (slt, )).* Service Date 11/28/2007. (Admin.) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/29/2007) |
| 11/30/2007 | | 85 | Joint Notice of Transfer of Claim with Waiver in the amount of $33712.32 Number 5 To Portfolio Recovery Associates, LLC.POB 41067NORFOLK VA 23541 Filed by Portfolio Recovery Associates, LLC (Garcia, Dolores) (Entered: 11/30/2007) |
| 12/05/2007 | | 86 | Memorandum Opinion And Order Granting Chapter 13 Trustee's Motion To Convert Case to Chapter 7 And Denying Debtor's Motion To Voluntarily Dismiss Chapter 13 Case. Trustee Janna L. Countryman removed from the case. Trustee Christopher Moser added to the case. *(RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen and 33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Trustee Janna L. Countryman).* (lc, ) (Entered: 12/05/2007) |
| 12/05/2007 | | | First Meeting of Creditors 341(a) meeting to be held on 12/28/2007 at 01:45 PM at Plano Centre. Last day to oppose discharge is 2/26/2008. (lc, ) (Entered: 12/05/2007) |
| 12/07/2007 | | 87 | Notice of Transfer of Claim in the amount of $21958.86 Claim Number 9 Filed by eCAST Settlement Corporation (Becket, Alane) (Entered: 12/07/2007) |
| 12/07/2007 | | 88 | BNC Certificate of Mailing - Meeting of Creditors. *(RE: related document(s) First Meeting of Creditors 341(a) meeting to be held on 12/28/2007 at 01:45 PM at Plano Centre. Last day to oppose discharge is 2/26/2008. (lc, )).* Service Date 12/07/2007. (Admin.) (Entered: 12/08/2007) |
| 12/07/2007 | | 89 | Certificate Of Mailing *(RE: related document(s)86 Memorandum Opinion And Order Granting Chapter 13 Trustee's Motion To Convert Case to Chapter 7 And Denying Debtor's Motion To Voluntarily Dismiss Chapter 13 Case. Trustee Janna L. Countryman removed from the case. Trustee Christopher Moser added to the case. (RE: related document(s)34 Debtor's Motion to Dismiss Chapter 13 Case Filed by Robert Edwin Jacobsen and 33 Motion to Convert Chapter 13 Case to Chapter 7 Case. Filed by Trustee Janna L. Countryman). (lc, )).* Service Date 12/07/2007. (Admin.) (Entered: 12/08/2007) |
| 12/12/2007 | | 90 | Request for Notices Filed by WELLS FARGO BANK (Rogers, Dustin) (Entered: 12/12/2007) |
| 12/12/2007 | | 91 | Certificate Of Mailing *(RE: related document(s)87 Notice of Transfer of Claim in the amount of $21958.86 Claim Number 9 Filed by eCAST Settlement Corporation (Becket, Alane) filed by Creditor eCAST Settlement Corporation).* Service Date 12/12/2007. (Admin.) |

| | | |
|---|---|---|
| | | (Entered: 12/13/2007) |
| 12/14/2007 | 92 | Motion to Reconsider *Memorandum Opinion and Order Granting Chapter 13 Trustee's Motion to Convert Case to Chapter 7 and Denying Debtor's Motion to Voluntarily Dismiss Chapter 13 Case* Filed by Robert Edwin Jacobsen ).(Attachments: # 1 Proposed Order) *(RE: related document(s)86 Order Converting Case to Chapter 7,, ). (Rossini, William) Additional attachment(s) added on 12/17/2007 (bl, ). Modified on 12/17/2007 (bl, (Entered: 12/14/2007)* |
| 12/18/2007 | 93 | Amended Motion to Reconsider *Memorandum Opinion and Order Granting Chapter 13 Trustee's Motion to Convert Case to Chapter 7 and Denying Debtor's Motion to Voluntarily Dismiss Chapter 13 Case* Filed by Robert Edwin Jacobsen *(RE: related document(s)92 Motion to Reconsider Memorandum Opinion and Order Granting Chapter 13 Trustee's Motion to Convert Case to Chapter 7 and Denying Debtor's Motion to Voluntarily Dismiss Chapter 13 Case* Filed by Robert Edwin Jacobsen ).(Attachments: # 1 Proposed Order) *(RE: related document(s)86 Order Converting Case to Chapter 7,, ). (Rossini, William) Additional attachment(s) added on 12/17/2007 (bl, ). Modified on 12/17/2007 (bl, (Entered: 12/18/2007)* |
| 12/19/2007 | 94 | Application to Serve as Attorney for Trustee Filed by Christopher Moser (Attachments: # 1 Exhibit A# 2 Proposed Order) (Levick, Larry) (Entered: 12/19/2007) |
| 01/02/2008 | 95 | Order Pursuant to Section 327(a) of the Bankruptcy Code Authorizing the Employment of Singer & Levick, P.C.*(RE: related document(s)94 Application to Serve as Attorney for Trustee filed by Trustee Christopher Moser).* (bl, ) (Entered: 01/02/2008) |
| 01/02/2008 | | Meeting of Creditors Continued Filed by Christopher Moser 341(a) meeting to be held on 1/15/2008 at 03:00 PM at Plano Centre. (Moser, Christopher) (Entered: 01/02/2008) |
| 01/03/2008 | 96 | Objection Filed by Christopher Moser *(RE: related document(s)93 Amended Motion to Reconsider Memorandum Opinion and Order Granting Chapter 13 Trustee's Motion to Convert Case to Chapter 7 and Denying Debtor's Motion to Voluntarily Dismiss Chapter 13 Case* Filed by Robert Edwin Jacobsen *(RE: related document(s)92 Motion to Reconsider Memorandum Opinion and Order Granting Chapter 13 Trustee's Motion to Convert Case to Chapter 7 and Denying Debtor's Motion to Voluntarily Dismiss Chapter 13 Case* Filed by Robert Edwin Jacobsen ).(Attachments: # (1) Proposed Order) *(RE: related document(s)86 Order Converting Case to Chapter 7,, ). (Rossini, William) Additional attachment(s) added on 12/17/2007 (bl, ). Modified on 12/17/2007 (bl, filed by Debtor Robert Edwin Jacobsen, Interested Party Robert Edwin Jacobsen). (Levick,* |

| | | *Larry) (Entered: 01/03/2008)* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/03/2008 13:52:28 | | | |
| PACER Login: | hj0055 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 07-41092 Fil or Ent: filed From: 1/3/2007 To: 1/3/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 10 | Cost: | 0.80 |