**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISE MALIKYAR,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100,<br><br>    Defendants.<br>_____/ | CASE NO. C07-03533 WHA<br><br>**[PROPOSED]**<br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION AND [PROPOSED] ORDER CHANGING TIME FOR PLAINTIFF TO AMEND COMPLAINT**<br><br>CTRM:    9 - **Hon. William Alsup** |

GOOD CAUSE APPEARING, plaintiff, ALISE MALIKYAR's ex parte motion and [proposed] order changing time for plaintiff to amend complaint, from January 7, 2008, to May 7, 2008, is hereby denied in its entirety.


DATED: _____    _____
                             THE HONORABLE WILLIAIM ALSUP, UNITED
                             STATES DISTRICT COURT JUDGE

1