**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. 07-03533 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE OF OPPOSITION PAPERS TO PLAINTIFF'S EX PARTE MOTION AND [PROPOSED ORDER CHANGING TIME FOR PLAINTIFF TO AMEND COMPLAINT** |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | |
| Defendants. _____/ | |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. I am an employee of Harold M. Jaffe, and my business address is 3521 Grand Avenue, Oakland, CA 94610.

On January 3, 2008, I caused to be served by **mail and facsimile transmission** the following documents:

**~DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S EX PARTE MOTION AND [PROPOSED] ORDER CHANGING TIME FOR PLAINTIFF TO AMEND COMPLAINT;**

**~DECLARATION OF HAROLD M. JAFFE IN SUPPORT OF OPPOSITION;**

**~REQUEST FOR JUDICIAL NOTICE; AND**

**~[PROPOSED] ORDER**

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business.

On January 3, 2008, at my place of business in Oakland, California, I placed the envelope containing the above-mentioned document(s) for collection and mailing following ordinary business practice.

I enclosed a true and correct copy of said documents in an envelope, addressed as follows:

Alise Malikyar
P.O. Box 1386
Lafayette, CA 94549
(407) 209-2126

_/s/_____
GAIL SMITH