IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>  Plaintiff,<br><br> v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1–100,<br><br>  Defendants.<br>                                                                     / | No. C 07-03533 WHA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO EXTEND TIME** |

Given the Bankruptcy Court for the Eastern District of Texas has already ruled on the motion to dismiss the petition and the bankruptcy trustee's motion to convert his Chapter 13 petition into a Chapter 7 petition, plaintiff's motion to extend time is **DENIED**. The fact that plaintiff has filed a motion for re-hearing does not create a state of "flux" as plaintiff contends. Plaintiff's deadline to file leave to amend the complaint will remain **JANUARY 7, 2008**.

**IT IS SO ORDERED.**

Dated: January 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE