1 **HAROLD M. JAFFE, ESQ.**
CASB #57397
2 3521 Grand Avenue
Oakland, CA 94610
3 Tel: (510) 452-2610
Fax: (510) 452-9125
4
Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and
5 as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust
and Harold M. Jaffe, In Pro Per
6
**UNITED STATES DISTRICT COURT**
7 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8  ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| 9       Plaintiff, | **DEFENDANTS' EX PARTE APPLICATION TO DISMISS ACTION FOR FAILURE TO COMPLY WITH COURT ORDER THAT AN AMENDED COMPLAINT BE FILED BY JANUARY 7, 2008; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [FRCP 41(b)]** |
| 10  vs. | |
| 11  JOHN SRAMEK, BERNADETTE *SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | |
| 14       Defendants.  _____/ | CTRM:      9 - **Hon. William Alsup** |

16      I, HAROLD M. JAFFE, declare:

17      1.      I am an attorney at law duly licensed to practice in all courts of the State of
18 California and am attorney of record for defendants, JOHN SRAMEK ("J. SRAMEK"),
19 BERNADETTE SRAMEK ("B. SRAMEK"), HAROLD M. JAFFE ("JAFFE"), in pro se, and
20 John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust ("the SRAMEK
21 TRUST") (or hereinafter collectively referred to as "defendants"), herein.

22      2.      The matters stated herein are within my own personal knowledge and if
23 called as a witness I could and would competently testify thereto. Your declarant is making
24 this declaration in support of defendants' ex parte application to dismiss this action for
25 plaintiff's failure to comply with this Court's Order of January 4, 2008, that plaintiff, ALISE
26 MALIKYAR ("MALIKYAR") file an amended complaint remain January 7, 2008.

27      3.      This action was commenced on June 11, 2007, in the Alameda County
28 Superior Court, Case No. RG-07-330092. On or about July 7, 2007, defendants filed their

1

answer to plaintiff's complaint and removed this case to this Court.

4.  On or about November 8, 2007, this Court entered an order granting defendants' motion for summary judgment, and ordered that an amended complaint be filed by plaintiff on or before January 7, 2008.

5.  On January 2, 2008, plaintiff filed an ex parte application to extend the time to file an amended complaint. On January 3, 2008, defendants filed their opposition to plaintiff's ex parte application to extend her time to file an amended complaint.

6.  On January 4, 2008, this Court entered an order denying plaintiff's ex parte application to extend time to file an amended complaint, and further ordered plaintiff's deadline to file an amended complaint remain January 7, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration is executed on January 8, 2008, at Oakland, California.

/s/_____
HAROLD M. JAFFE

## MEMORANDUM OF POINTS AND AUTHORITIES

No amended complaint having been filed or served on defendants within the time provided for by this Court's order, defendants hereby move for involuntary dismissal of plaintiff's complaint pursuant to *inter alia* FRCP 41(b), *Yourish v. California Amplifier*, (9th Cir. 1999) 191 F.3d 983, 988.

Respectfully submitted,

DATED: January 8, 2008       By: /s/_____
HAROLD M. JAFFE, ESQ., Attorney for Defendants