**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN SRAMEK, BERNADETTE *SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100,<br><br>　　　　Defendants.<br>_____/ | CASE NO. C07-03533 WHA<br><br>**[PROPOSED]**<br>**ORDER DISMISSING COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER THAT AN AMENDED COMPLAINT BE FILED BY JANUARY 7, 2008**<br>**[FRCP 41(b)]**<br><br>CTRM:　　9 - **Hon. William Alsup** |

Pursuant to FRCP 41(b), and good cause appearing;

**IT IS HEREBY ORDERED** that plaintiff's complaint is dismissed.

DATED: _____
　　　　　　　　　　　　　THE HONORABLE WILLIAM ALSUP,
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE