**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE RE: DEFENDANTS' EX PARTE APPLICATION TO DISMISS ACTION** |
| vs. | |
| JOHN SRAMEK, BERNADETTE *SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | **CTRM:** 9 - **Hon. William Alsup** |
| Defendants. | |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. I am an employee of Harold M. Jaffe, and my business address is 3521 Grand Avenue, Oakland, CA 94610.

On January 8, 2008, I caused to be served by **mail and facsimile transmission** the following documents:

**~DEFENDANTS' EX PARTE APPLICATION TO DISMISS ACTION FOR FAILURE TO COMPLY WITH COURT ORDER THAT AN AMENDED COMPLAINT BE FILED BY JANUARY 7, 2008; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT'; AND**

**~[PROPOSED] ORDER**

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that

1  same day in the ordinary course of business.

2      On January 8, 2008, at my place of business in Oakland, California, I placed the
3  envelope containing the above-mentioned document(s) for collection and mailing following
4  ordinary business practice.

5      I enclosed a true and correct copy of said documents in an envelope, addressed as
6  follows:

7  Alise Malikyar
   P.O. Box 1386
8  Lafayette, CA 94549
   Fax: (407) 209-2126

9

10

11

12                      /s/_____
                       GAIL SMITH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER FOR DISMISSAL RE: FAILURE TO COMPLY WITH COURT ORDER