IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1–100,<br><br>    Defendants.<br>                                           / | No. C 07-03533 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is ordered to show cause by **JANUARY 21, 2008 AT NOON**, why this action should not be dismissed due to her failure to file an amended complaint by January 7, 2008. Failure to respond to this order will result in dismissal of the action.

**IT IS SO ORDERED.**

Dated: January 17, 2008.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE