IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1–100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 07-03533 WHA<br><br>**ORDER CHANGING DEADLINE TO SHOW CAUSE** |

　　　Given that January 21, 2008, is a holiday, plaintiff's deadline to show cause will be moved to **JANUARY 22, 2008 AT NOON**. Failure to respond to this order will result in dismissal of the action.

　　　**IT IS SO ORDERED.**

Dated: January 17, 2008.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE