UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN SRAMEK et al,<br><br>            Defendant.                                    / | Case Number: CV07-03533 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Alise Malikyar
PO Box 1386
Lafayette, CA 94559

Dated: January 24, 2008

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk