ALISE MALIKYAR
ROBERT E. JACOBSEN
P.O. Box 1386
Lafayette, CA 94549
Voice(925) 890-8619
Fax   (407) 209-2126
rejacobsen@aol.com
In Pro Per

FILED
08 JAN 31 AM 9: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. JACOBSEN and ALISE MALIKYAR, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR. AND BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1-100,<br><br>Defendants. | Civil Case No.: 07-3533 WHA (07-330092 crossed out)<br><br>REQUEST FOR PERMISSION TO FILE ELECTRONICALLY |

ALISE MALIKYAR AND ROBERT JACOBSEN HEREIN REQUEST FOR LEAVE OF

COURT TO FILE ELECTRONICALLY.

_____ 1/30/08
Alise Malikyar

_____ 1/30/08
Robert Jacobsen

ALISE MALIKYAR
ROBERT E. JACOBSEN
P.O. Box 1386
Lafayette, CA 94549
Voice(925) 890-8619
Fax   (407) 209-2126
rejacobsen@aol.com
In Pro Per

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. JACOBSEN and ALISE MALIKYAR, a married couple,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR. AND BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1-100,<br><br>　　　Defendants. | Civil Case No.: 07-330092 WHA<br><br>ORDER TO ALLOW ROBERT E. JACOBSEN AND ALISE MALIKYAR TO FILE ELECTRONICALLY |

ALISE MALIKYAR AND ROBERT JACOBSEN ARE APPROVED TO FILE

ELECTRONICALLY.

**IT IS SO ORDERED.**
Dated: January ___, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE