**FILED**

FEB 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR
ROBERT E. JACOBSEN
P.O. Box 1386
Lafayette, CA 94549
Voice (925) 890-8619
Fax   (407) 209-2126
rejacobsen@aol.com
In Pro Per

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. JACOBSEN and ALISE MALIKYAR, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR. AND BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1-100,<br><br>Defendants. | Civil Case No.: C07-3533 WHA ~~07-330092 WHA~~<br><br>ORDER TO ALLOW ROBERT E. JACOBSEN AND ALISE MALIKYAR TO FILE ELECTRONICALLY |

ALISE MALIKYAR AND ROBERT JACOBSEN ARE APPROVED TO FILE

ELECTRONICALLY.

**IT IS SO ORDERED.**
Dated: January ___, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2/4/08

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR,

        Plaintiff,

v.

JOHN SRAMEK et al,

        Defendant.
_____/

Case Number: CV07-03533 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alise Malikyar
PO Box 1386
Lafayette, CA 94559

Harold Mitchell Jaffe
Attorney at Law
3521 Grand Avenue
Oakland, CA 94610

Robert Jacobsen
PO Box 1386
Lafayette, CA 94549

Dated: February 4, 2008

                              Richard W. Wieking, Clerk
                              By: Dawn Toland, Deputy Clerk