**HAROLD M. JAFFE, ESQ**. (CASB #57397)
3521 Grand Avenue
Oakland, CA 94610
T: (510) 452-2610/F: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, ROBERT JACOBSEN<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100,<br><br>Defendants.<br>_____/ | CASE NO. C07-03533 WHA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]; OR IN THE ALTERNATIVE, A MOTION FOR SUMMARY JUDGMENT [FRCP 56]**<br><br>DATE:    **March 13, 2008**<br>TIME:    **8:00 a.m.**<br>CTRM:  9 - **Hon. William Alsup** |

**TO PLAINTIFFS IN PRO PER AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on March 13, 2008, at 8:00 a.m., in Courtroom 9 of this Court located at 450 Golden Gate Avenue, San Francisco, CA 94102-3483, defendants, John Sramek, Bernadette Sramek, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and Harold M. Jaffe, will move this Court to dismiss this action pursuant to FRCP 12(b)(6) because plaintiffs' Second Amended Complaint fails to state a claim upon which relief can be granted, on the grounds that neither named plaintiff is the real party in interest. In the alternative, defendants will request that the Court grant summary judgment pursuant to FRCP 56.

///

///

///

1     The motion will be based on this Notice, the Memorandum of Points and Authorities,
2 Request for Judicial Notice, filed and served herewith, the papers and records on file in this action,
3 and on such oral and documentary evidence as may be presented at the hearing of this motion.

4

5 DATED: February 7, 2008    /s/ _____
6                                     HAROLD M. JAFFE, ESQ., Attorney for Defendants, JOHN SRAMEK, BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and Harold M. Jaffe, In Pro Per