IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, ROBERT JACOBSEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1–100,<br><br>    Defendants.<br>                                                             / | No. C 07-03533 WHA<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SHORTEN TIME** |

The Court has received defendants' ex parte application to shorten time to hear defendants' motion to dismiss. Defendants' ex parte application is **GRANTED**. Plaintiffs must file any opposition to defendants' motion by **FEBRUARY 19, 2008, AT NOON**. Defendants must file any reply by **FEBRUARY 21, 2008, AT NOON**. The hearing on this motion scheduled for March 13, 2008, is **VACATED**. If the Court determines a hearing on this motion is necessary after reviewing the briefing, a new hearing will be scheduled. Plaintiffs are warned that failure to adequately respond to defendants' motion will result in dismissal of plaintiffs' claims with prejudice.

**IT IS SO ORDERED.**

Dated: February 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE