| | |
|---|---|
| Alise Malikyar<br>In Pro Per<br>P.O. Box 1386<br>Lafayette, California 94549<br>Fax: (407) 209-2126 |  |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette Sramek Revocable Living Trust and DOES 1 to 100,<br><br>    Defendants. | Case No. 3:07-cv-03533-WHA<br><br>**NOTICE OF MOTION TO COMPEL DEFENDANT HAROLD A. JAFFEE'S APPEARANCE AT DEPOSITION; POINTS AND AUTHORITIES IN SUPPORT OF MOTION; DECLARATION OF ALICE MALIKYAR IN SUPPORT OF MOTION, PROPOSED ORDER**<br><br>Date:<br>Time:<br>Dept.:    19 |

TO ALL PARTIES and their attorneys of record:

NOTICE IS HEREBY GIVEN that at a date, time and department to be set by the Court, located at Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, as soon as practically possible, Alice Malikyar will bring for hearing her Motion to Compel Appearance at Deposition against defendant HAROLD M. JAFFE ("JAFFE").

PLAINTIFF brings this motion, pursuant to FRCP 37(a), on the grounds that JAFFE has repeatedly ignored her repeated attempts to meet and confer with him. Further, JAFFE, who is a licensed attorney, has represented to the Court that he has not heard from PLAINTIFF, despite evidence to the contrary. PLAINTIFF further seeks sanctions pursuant to FRCP 37(a) on the

1  grounds that Mr. JAFFE is in violation of an Order of the Court in unreasonably failing to
2  facilitate his own deposition. This Motion is based on this Notice, the attached Memorandum of
3  Points and Authorities and on the Declaration of Alice Malikyar, as well as upon the pleadings
4  and arguments to be presented.
5      Dated: February 14, 2008

*[signature]*

Alice Malikyar, Plaintiff in pro per

---

2

NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES