**HAROLD M. JAFFE, ESQ**. (CASB #57397)
3521 Grand Avenue
Oakland, CA 94610
T: (510) 452-2610/F: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, ROBERT JACOBSEN | CASE NO. C07-03533 WHA |
|      Plaintiffs, | **NOTICE OF STAY** |
| vs. | **[11 U.S.C. §362]** |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | |
|      Defendants. | |
| _____/ | |

At the request of Christopher J. Moser, Chapter 7 Trustee in the estate of *Robert Jacobsen, Debtor*, United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, Case No. 07-41092 BTR (Chapter 7) (the "Jacobsen Bankruptcy Case"), defendants John Sramek, Bernadette Sramek, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and Harold M. Jaffe, hereby request, pursuant to 11 U.S.C. §362, that all proceedings in the above-captioned matter, including discovery, be stayed pending further order of the Bankruptcy Court in the Jacobsen Bankruptcy Case.

DATED: February 19, 2008    /s/_____
                 HAROLD M. JAFFE, Attorney for Defendants, JOHN SRAMEK, BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and Harold M. Jaffe, In Pro Per

1