**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISE MALIKYAR, | CASE NO. C07-03533 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE RE: DEFENDANTS' NOTICE OF STAY** |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | CTRM:   9 - **Hon. William Alsup** |
| Defendants. | |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. I am an employee of Harold M. Jaffe, and my business address is 3521 Grand Avenue, Oakland, CA 94610.

On February 19, 2008, I caused to be served by **electronic mail** and regular U.S. mail, the following documents:

**~DEFENDANTS' NOTICE OF STAY [11 U.S.C. §362]**

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business.

On February 19, 2008, at my place of business in Oakland, California, I emailed to the email addresses listed below, and placed the envelope containing the above-mentioned document(s) for collection and mailing following ordinary business practice.

1    I emailed and enclosed a true and correct copy of said documents in an envelope, addressed
2  as follows:

3  Marcus Salitore
   Office of the United States Trustee
4  110N College Avenue, Room 300
   Tyler, TX 75702
5  email: marc.f.salitore@usdoj.gov

6  Larry A. Levick, Esq.
   Gabrielle Hamm, Esq.
7  SINGER & LEVICK, P.C.
   16200 Addison Road, Ste. 140
8  Addison, TX 75001
   Attorneys for Christopher Moser, Trustee
9  email: levick@singerlevick.com

10 John P. Lewis, Jr., Esq.
   1412 Main Street, No. 210
11 Dallas, TX 75202
   email: jplewisjr@mindspring.com

16                                                    /s/_____
                                                      GAIL SMITH