IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR AND ROBERT JACOBSEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-03533 WHA<br><br>**STAY ORDER** |

　　　Pending further order, this case is completely **STAYED** to give the trustee of the bankruptcy of Robert Jacobsen an adequate opportunity to investigate whether to prosecute the claim on behalf of the bankruptcy estate versus abandoning the claim versus selling the claim to a creditor or some other person. As stated at the hearing today, the Court has talked with Attorney Larry Levick, counsel for the trustee in bankruptcy, Chris Mosher. Based on that conversation, the Court requests the following timetable. Within 35 calendar days, Mr. Mosher will make a decision on what to do with the claim asserted in the instant action. He will then need to receive approval of the bankruptcy judge, which approval Mr. Levick expects within twenty days of the request. Based on the foregoing, the Court requests that the trustee make his appearance as the plaintiff in this case by **APRIL 16, 2008**, or otherwise take such action as will

1  allow the case to resume by April 16.  In light of the stay, the Court will be receptive to a
2  motion for an extension of the deadlines, which motion should be made only after the stay is
3  lifted.  Both sides are **ORDERED** to immediately cause a copy of this order to be sent to
4  Attorney Levick.

6  **IT IS SO ORDERED.**

8  Dated:  February 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE