**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 20, 2008

Case No.  C 07-03533 WHA

Title: MALIKYAR  v. SRAMEK

Plaintiff Attorneys: Elise Malikyar; Robert Jacobsen

Defense Attorneys: Harold Jaffe

Deputy Clerk:  Dawn Toland

Court Reporter: Connie Kuhl

**PROCEEDINGS**

1)   Plts' Motion to Compel - HELD

2)  

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court took a break and spoke by phone with Larry Levick, attorney for the trustee, Chris Mosher.

This case is stayed.  The trustee shall have 35 days to decide what he will do with the claim.