Alise Malikyar
PO Box 1386
Lafayette, CA 94549
Fax: (407) 209-2126
Haena2@aol.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISE MALIKYAR and ROBERT JACOBSEN<br><br>Plaintiffs,<br><br>v.<br><br>JOHN SRAMEK, HAROLD JAFFE, et al.,<br><br>Defendants. | Civil Case No.: 07-03533 WHA<br><br>REQUEST FOR EXTENSION OF TIME TO LIFT AUTOMATIC STAY |

Plaintiffs Robert Jacobsen and Alise Malikyar request an extension of time to lift the automatic stay and proceed with this case.  Please see Trustee letter attached hereto.

Date: __4/17/08____                              Respectfully Submitted,


                                                 _/s/ Alise Malikyar__
                                                 Alise Malikyar
                                                 In Pro Per

---

1
RESPONSE TO ORDER TO SHOW CAUSE

SINGER & LEVICK
ATTORNEYS AND COUNSELORS

Larry A. Levick
ATTORNEY AT LAW

April 16, 2008

Honorable William J. Alsup
c/o Ms. Sue Imbriani
450 Golden Gate Ave.
Chambers of Honorable Williams J. Alsup
San Francisco, CA 94102

Re:   *Malikyar, et. al. v. Sramek, et. al.*, Case No. 3:07-cv-03533-WHA

To the Honorable William J. Alsup,

    I am writing this letter to inform you of the status of our efforts to resolve the interest of Christopher Moser, the Chapter 7 Trustee, in the above-entitled and numbered cause (the "Wiretapping Suit").

    Following your Stay Order issued on February 20, 2008, the Trustee worked to make a decision regarding the Wiretapping Suit and eventually determined that it would be in the best interest of the bankruptcy estate to sell the estate's interest in the Wiretapping Suit instead of appearing as a plaintiff on behalf of Robert Jacobsen. After deciding to sell the estate's interest in the Wiretapping Suit, the Trustee worked to solicit offers from interested parties.

    On April 11, 2008, the Trustee filed his Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances, attached hereto. In the Motion, the Trustee is seeking to sell any interest he may have in the Wiretapping Suit to Robert Jacobsen for $2,000 free and clear of any liens, claims, and encumbrances, except for any debts that the Bankruptcy Court determines are non-dischargeable in the bankruptcy case. John and Bernadette Sramek and Harold Jaffe have also expressed an interest in acquiring the estate's interest in the Wiretapping Suit.

    In the Motion, the Trustee requested that the Bankruptcy Court hold an auction in order to solicit higher and better bids for the estate's interest in the Wiretapping Suit. From my conversations with the Bankruptcy Court's calendar clerk and my understanding that Mr. Jaffe's counsel will be out of town until late April, it appears likely that a telephonic auction will take place in early May. Following the telephonic auction, the Bankruptcy Court will more than likely approve a buyer and the Wiretapping Suit can resume. While it

16200 Addison Road | Suite 140 | Addison, Texas 75001 | 972.380.5533 | 972.380.5748 Fax | www.singerlevick.com

Honorable William J. Alsup
April 16, 2008
Page 2 of 2

is possible the Bankruptcy Court may require a hearing, the Bankruptcy Court has not set a hearing at this time.

    We sincerely appreciate the Court's patience in this matter. If you have any questions or comments, please do not hesitate to contact me.

Best regards,

Larry A. Levick
SINGER & LEVICK, P.C.

LAL/gah
*Enclosure*

S:\Moser\Jacobsen\Correspondence\J. William A. Alsup (4.16.08).doc

cc:    Harold Jaffe, Esq.
       John and Bernadette Sramek
       John Lewis, Esq.
       Robert E. Jacobsen
       Joyce Lindauer, Esq.
       William P. Rossini, Esq.
       Alise Malikyar
       William F. McLaughlin, Esq.
       Christopher Moser, Trustee