IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR AND ROBERT JACOBSEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-03533 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

A case management conference will be held on **MAY 22, 2008, AT 11:00 AM**.. Based on the letter dated April 16, the Court expects the issue of ownership of the claim to be determined by that time.

**IT IS SO ORDERED.**

Dated: April 21, 2008.

　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE