IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYER, and ROBERT JACOBSEN,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN SRAMEK, et al.,<br><br>    Defendant.<br>_____/ | No. C 07-03533 WHA<br><br><br>**CLERK'S NOTICE**<br>**RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT because the Court will be in trial, the case management conference previously set for May 22, 2008 at 11:00 a.m. has been rescheduled for **May 22, 2008 at 3:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 9, 2008                                                          FOR THE COURT,

                                                                                Richard W. Wieking, Clerk

                                                                                By: _____
                                                                                    Dawn Toland
                                                                                    Courtroom Deputy to the
                                                                                    Honorable William Alsup