1   **HAROLD M. JAFFE, ESQ.**
    CASB #57397
2   3521 Grand Avenue
    Oakland, CA 94610
3   Tel: (510) 452-2610
    Fax: (510) 452-9125
4
    Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as
5   Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold
    M. Jaffe, In Pro Per
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10
    ALISE MALIKYAR,                          CASE NO. C07-03533 WHA
11
            Plaintiff,                       **DEFENDANTS' UPDATED CASE
12                                           MANGEMENT CONFERENCE STATEMENT;
    vs.                                      AND REQUEST TO CONTINUE CASE
13                                           MANAGEMENT CONFERENCE UNTIL A DATE
    JOHN SRAMEK, BERNADETTE SRAMEK,          AFTER MAY 28, 2008**; AND ORDER
14  HAROLD M. JAFFE, John S. Sramek, Jr. and
    Bernadette D. Sramek Revocable Living    DATE:      May 22, 2008
15  Trust, and DOES 1 - 100,                 TIME:      3:00 p.m.
                                             CTRM:      9
16          Defendants.
                                        /
17

18

19          Defendants, JOHN SRAMEK, BERNADETTE SRAMEK,  HAROLD M. JAFFE, John S.

20  Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, hereby submit their **updated** Case

21  Management Conference Statement.

22          Since this Court entered its stay order on February 23, 2008, the trustee in the bankruptcy

23  of Robert E. Jacobsen, has filed a motion scheduled to be heard on May 28, 2008, to approve the

24  sell of the claim, which is the subject of this case (see facesheet of Docket of Robert Jacobsen,

25  Debtor, and pertinent page only showing docket entry of May 2, 2008, just below entry 138,

26  attached hereto as **Exhibit 1**).  Therefore, the status of the claim mentioned in this Court's order

27  of April 16, 2008, will not be determined at the time of this Case Management Conference.

28                                  1

1    Presuming this Court hears Case Management Conferences on Thursdays, defendants would

2    request that the Case Management Conference presently set for May 22, 2008, be continued to

3    sometime after May 28, 2008, with the exception of May 29, 2008, which at this time, is unavailable

4    on the calendar of defendants' counsel.  Therefore, defendants request that a continued Case

5    Management be set for either June 5 or 12, 2008, to allow the hearing scheduled for May 28, 2008,

6    to go forward and an order on that hearing to be entered.

7

8

9    DATED: May 15, 2008                          _____/S/_____

                                                 HAROLD M. JAFFE, ESQ., Attorney for Defendants
10                                               JOHN SRAMEK and BERNADETTE SRAMEK,
                                                 individually and as Trustees of the John S. Sramek,
11                                               Jr. and Bernadette D. Sramek Revocable Living Trust
                                                 and Harold M. Jaffe, In Pro Per
12

13                                      ORDER

14

15       The case management is hereby CONTINUED to June 12, 2008, at 11:00 a.m.

16       Dated:  May 21, 2008.

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

FinMgmtDue, CONVERTED, APPEAL, 727OBJ

# United States Bankruptcy Court
## Eastern District of Texas (Sherman)
### Bankruptcy Petition #: 07-41092

*Assigned to:* Honorable Brenda T. Rhoades
Chapter 7
Previous chapter 13
Voluntary
Asset

*Date Filed:* 05/25/2007
*Date Converted:* 12/05/2007

**Debtor**
**Robert Edwin Jacobsen**
P.O. Box 1386
Lafayette, CA 94549
SSN: xxx-xx-2723

represented by **Joyce W. Lindauer**
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231
(972) 503-4033
Fax : (972) 503-4034
Email:
courts@joycelindauer.com

**William Paul Rossini**
Rossini & Wagner PC
1201 Main Street
Suite 2470
Dallas, TX 75202
(214) 979-7321
Fax : (214) 979-7301
Email:
williamp@rossiniwagner.com

**Trustee**
**Janna L. Countryman**
P. O. Box 941166
Plano, TX 75094-1166
(972) 943-2580
*TERMINATED: 12/05/2007*

**Trustee**
**Christopher Moser**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 880-1805

represented by **Gabrielle A. Hamm**
Singer Levick, P.C.
16200 Addison Road., Ste.
140
Addison, TX 75001
(972)380-5533
Fax : (972)380-5748
Email:
hamm@singerlevick.com

**Larry A. Levick**

# EXHIBIT 1

| | | |
|---|---|---|
| | | *(RE: related document(s)126 Motion for Relief from Stay With Waiver of 30-Day Hearing Requirement As To 2324 Tice Valley Boulevard, Walnut Creek, California Filed by Greenpoint Mortgage Funding, Inc. Hearing scheduled for 5/28/2008 at 10:00 AM at Plano Bankruptcy Courtroom. (th. )).* Service Date 04/24/2008. (Admin.) (Entered: 04/25/2008) |
| 04/28/2008 | 133 | Transcript of Hearing Held On 9/27/2007 (th, ) (Entered: 04/28/2008) |
| 04/28/2008 | 134 | Transcript of Hearing Held On 11/21/2007 (th, ) (Entered: 04/28/2008) |
| 04/28/2008 | 135 | Trustee's Second Unopposed Motion to Extend Time to File Complaint Objecting to Discharge Filed by Christopher Moser (Attachments: # 1 Proposed Order) (Hamm, Gabrielle) Modified on 4/29/2008 (bl, ). (Entered: 04/28/2008) |
| 04/30/2008 | 136 | Notice of Appearance by (Attorney: Joyce W. Lindauer) Filed by Robert Edwin Jacobsen (Lindauer, Joyce) (Entered: 04/30/2008) |
| 05/01/2008 | 137 | Objection Filed by John Sramek *(RE: related document(s)129 Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances Filed by Christopher Moser (Attachments: # (1) Service List# (2) Proposed Order) (Levick, Larry) filed by Trustee Christopher Moser).* (Lewis, John) (Entered: 05/01/2008) |
| 05/02/2008 | 138 | Objection Filed by Christopher Moser *(RE: related document(s)130 Motion for Relief from Stay With Waiver of 30-Day Hearing Requirement As To 7804 Steppington Dr, Plano, Texas 75025-0000 Filed by CitiMortgage, Inc. (Attachments: # (1) Exhibit Paylog# (2) Exhibit List of Witnesses/Exhibits# (3) Affidavit # (4) Proposed Order) (Lozano, Joe) filed by Creditor CitiMortgage, Inc.).* (Hamm, Gabrielle) (Entered: 05/02/2008) |
| 05/02/2008 | | Hearing Set *(RE: related document(s)129 Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances Filed by Christopher Moser.* Hearing scheduled for 5/28/2008 at 09:40 AM at Plano Bankruptcy Courtroom. (th, ) (Entered: 05/02/2008) |
| 05/02/2008 | 139 | Notice of Transfer of Claim with Waiver in the amount of Claim Number 8 To Mr. Timothy E. Carlsonc/o J.E. JohnsonJameson and Dunagan, P.C.3890 W. Northwest Hwy., Ste. 550Dallas TX 75220 Filed by Timothy E. Carlson, C.P.A., a professional corporation (Johnson, John) (Entered: 05/02/2008) |
| 05/04/2008 | 140 | Certificate Of Mailing *(RE: related document(s) Hearing Set (RE: related document(s)129 Motion to Sell Property of the Estate Free* |