Robert E Jacobsen
In Pro Per
Alise Malikyar
In pro per
P.O. Box 1386
Lafayette, CA 94549
Tel: 925 890-8619
Fax: 925 385-0497

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alise Malikyar, Robert Jacobsen<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 – 100,<br><br>Defendants.<br>_____/ | CASE NO. C07-03533 WHA<br><br>**PLAINTIFF'S UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE FOR 30 DAYS**<br><br>Date:   June 12, 2008<br>Time:   11:00 am<br>Crtrm:  9 |

Plaintiff, Robert E Jacobsen, hereby submits their updated Case Management Conference Statement.

As it was stated in the Defendant's updated Case Management Conference Statement dated May 15, 2008, the trustee in the Plaintiff's Bankruptcy case had scheduled a hearing, for May 28, 2008, regarding the sell of the claim, which is the subject of this case.

The U.S. Bankruptcy Judge, Honorable Brenda T. Rhoades, entered an order approving the sale of the claim on June 5, 2008 (See Docket # 175, attached hereto as Exhibit 1).  Although the order was entered, the final transaction of the sale of the claim has not been processed, and may take up to one week.

Furthermore, the Plaintiff has a conflict in his schedule, in the fact that the Plaintiff is scheduled for an Adversary Hearing on June 10, 2008 in Plano Bankruptcy Courtroom in Plano, Texas, and therefore cannot reasonably return to California to attend the Case Management Conference Hearing scheduled for June 12, 2008.

Plaintiff would request that the Case Management Conference Hearing presently scheduled for June 12, 2008, be continued for at least thirty days.  Therefore, plaintiff requests that a continued Case

Management be set at least thirty days after the original scheduled date of June 12, 2008, to allow the hearing scheduled for June 12, 2008 to go forward and an order on that hearing to be entered.
Dated: June 5, 2008

/s/ Robert E. Jacobsen
Robert E Jacobsen
, In Pro Per
P.O. Box 1386
Lafayette, CA 94549
Tel: 925 890-8619
Fax: 925 385-0497

/s/ Alise Malikyar
Alise Malikyar
In pro per
P.O. Box 1386
Lafayette, CA 94549
Tel: 925 899-9890
Fax: 925 385-0497

# EXHIBIT 1

United States Bankruptcy Court
Eastern District of Texas (Sherman)
Bankruptcy Petition #: 07-41092

*Assigned to:* Honorable Brenda T. Rhoades
Chapter 7
Previous chapter 13
Voluntary
Asset

*Date Filed:* 05/25/2007
*Date Converted:* 12/05/2007

*Debtor*
**Robert Edwin Jacobsen**
P.O. Box 1386
Lafayette, CA 94549
SSN: xxx-xx-2723

represented by **Joyce W. Lindauer**
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231
(972) 503-4033
Fax : (972) 503-4034
Email: courts@joycelindauer.com

**William Paul Rossini**
Rossini & Wagner PC
1201 Main Street
Suite 2470
Dallas, TX 75202
(214) 979-7321
Fax : (214) 979-7301
Email: williamp@rossiniwagner.com

*Trustee*
**Janna L. Countryman**
P. O. Box 941166

Plano, TX 75094-1166
(972) 943-2580
*TERMINATED: 12/05/2007*

*Trustee*
**Christopher Moser**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 880-1805

represented by **Gabrielle A. Hamm**
Singer Levick, P.C.
16200 Addison Road., Ste. 140
Addison, TX 75001
(972)380-5533
Fax : (972)380-5748
Email: hamm@singerlevick.com

**Larry A. Levick**
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001
(972) 380-5533
Fax : (972)380-5748
Email: levick@singerlevick.com

*U.S. Trustee*
**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702
(903) 590-1450

represented by **Marcus Salitore**
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
903-590-1450
Email: marc.f.salitore@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 05/30/2008 | 171 | Certificate Of Mailing *(RE: related document(s) Hearing Set (RE: related document(s) 143 Motion To Require Chapter 7 Trustee To Pay Mortgage Lenders Filed by Robert Edwin Jacobsen. Hearing scheduled for 6/24/2008 at 10:00 AM at Plano Bankruptcy Courtroom. (th, )).* Service Date 05/30/2008. (Admin.) (Entered: 05/31/2008) |
| 06/01/2008 | 172 | Certificate Of Mailing *(RE: related document(s) 170 Order Granting Trustee's Second Unopposed Motion for Extension of Time to Object to Discharge (RE:* |

| | | |
|---|---|---|
| | | *File Complaint Objecting to Discharge filed by Trustee Christopher Moser). Last day to oppose discharge is 6/27/2008. (bl, )).* Service Date 06/01/2008. (Admin.) (Entered: 06/02/2008) |
| 06/02/2008 | | Hearing Set (RE: related document(s)155 Emergency Motion to Require Chapter 7 Trustee to Abandon Malpractice Causes of Action Filed by Robert Edwin Jacobsen and 154 Motion to Require Chapter 7 Trustee to Abandon Real Property Filed by Robert Edwin Jacobsen Hearing scheduled for 6/10/2008 at 09:45 AM at Plano Bankruptcy Courtroom. (sr, ) (Entered: 06/02/2008) |
| 06/03/2008 | 173 | Objection to Claim Number 8 of Timothy Carlson in the amount of $ $45808.97 Filed by Robert Edwin Jacobsen (Attachments: # 1 Exhibit # 2 Proposed Order)(Lindauer, Joyce) (Entered: 06/03/2008) |
| 06/04/2008 | | Proposed Order or Judgment Submitted At Court's Direction RE: 129 Motion to Sell UPLOADED 2008-06-04 09:45:21.0 (Entered: 06/04/2008) |
| 06/04/2008 | | *Hearing Set (RE: related document(s)173 Objection to Claim Number 8 of Timothy Carlson in the amount of $ $45808.97 Filed by Robert Edwin Jacobsen . Hearing scheduled for 7/22/2008 at 09:35 AM at Plano Bankruptcy Courtroom. (th, )* (Entered: 06/04/2008) |
| 06/04/2008 | 174 | Certificate Of Mailing *(RE: related document(s) Hearing Set (RE: related document(s)155 Emergency Motion to Require Chapter 7 Trustee to Abandon Malpractice Causes of Action Filed by Robert Edwin Jacobsen and 154 Motion to Require Chapter 7 Trustee to Abandon Real Property Filed by Robert Edwin Jacobsen Hearing scheduled for 6/10/2008 at 09:45 AM at Plano Bankruptcy Courtroom. (sr, )).* Service Date 06/04/2008. (Admin.) (Entered: 06/05/2008) |
| 06/05/2008 | 175 | Order Granting Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances *(RE: related document(s)129 Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances filed by Trustee Christopher Moser).* (bl, ) (Entered: 06/05/2008) |