1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as
5  Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold
   M. Jaffe, In Pro Per
6

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11 ALISE MALIKYAR,                          CASE NO. C07-03533 WHA

           Plaintiff,                       **DEFENDANTS' UPDATED CASE
12                                          MANAGEMENT CONFERENCE STATEMENT;
   vs.                                      AND REQUEST FOR FURTHER CONTINUANCE**
13
   JOHN SRAMEK, BERNADETTE SRAMEK,
14 HAROLD M. JAFFE, John S. Sramek, Jr. and
   Bernadette D. Sramek Revocable Living    DATE:    June 12, 2008
15 Trust, and DOES 1 - 100,                  TIME:    11:00 a.m.
                                             CTRM:    9
16         Defendants.
                                         /
17

18         Defendants, JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S.

19 Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, hereby submit their **updated** Case

20 Management Conference Statement.

21         Since the last Case Management Conference Statement was filed, the following

22 developments have occurred regarding the claim which is the subject of this case in Robert

23 Jacobsen's bankruptcy.

24         On May 27, 2008, an auction was held by telephone in which Robert Jacobsen was the

25 highest bidder for the claim which is the subject of this case. This auction was the subject of the

26 hearing held on May 28, 2008, after which, to the best of the undersigned's knowledge, an order

27 was to be prepared and submitted to the Court for signature. On June 5, 2008, an Order Granting

28
                                            1

1  Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances, was
2  entered. A true and correct copy of said Order entered on June 5, 2008, is attached hereto as
3  **Exhibit A**.
4      Pursuant to the Order (Exhibit A), should Mr. Jacobsen fail to deliver the $6,000., in good
5  funds to the Trustee by 5:00 p.m., C.D.T., ten days after entry of order, or by June 15, 2008, the
6  Trustee is authorized to sell the Asset to Harold Jaffe for $5,500.00 within five days thereafter.
7  Further, to the best of the undersigned's knowledge, the Order (Ex. A) will not be final until the ten
8  day period for filing an appeal provided for in Bankruptcy Rule 8002 has expired, or June 16, 2008.
9  Therefore, the issue of standing will not be clarified until the payment has been made by Jacobsen
10 and the ten day period for an appeal has expired.
11     The undersigned respectfully submits that this matter should be continued for one final time,
12 for a period of two weeks, to June 26, 2008, or on any date thereafter convenient for the Court, with
13 the exception of July 3, 2008.

17  DATED: June 5, 2008        /S/
                              HAROLD M. JAFFE, ESQ., Attorney for Defendants
                              JOHN SRAMEK and BERNADETTE SRAMEK,
                              individually and as Trustees of the John S. Sramek,
                              Jr. and Bernadette D. Sramek Revocable Living Trust
                              and Harold M. Jaffe, In Pro Per



EOD
06/05/2008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 07-41092-BTR |
| **ROBERT EDWIN JACOBSEN** | § § | |
| xxx-xx-2723 | § § | |
| P.O. Box 1386<br>Lafayette, CA  94549 | § § § | Chapter 7 |
| Debtor. | § § | |

### ORDER GRANTING MOTION TO SELL PROPERTY OF THE ESTATE
### FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

CAME ON for hearing Trustee's Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances and the Court, finding that notice of the Motion was adequate under the circumstances, that the Trustee, through his counsel, conducted a court-approved auction, that good cause exists for granting the Motion and that the sales price as set forth below is the highest and best price for the estate, is of the opinion that the Motion should be granted as set forth below.  It is therefore

ORDERED that Trustee's Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances is granted as set forth herein; and it is further

ORDERED that the Trustee is authorized to sell to Robert Edwin Jacobsen for $6,000 all of the bankruptcy estate's right, title, and interest in the Lawsuit entitled *Alise Malikyar, Robert Jacobsen v. John Sramek, Barnadette Sramek, Harold M. Jaffe, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1-100*, and numbered Case No. C07-03533 WHA, currently pending in the United States District Court for the Northern District of California (the "Asset").  It is further

**EXHIBIT A**

ORDERED that the sale of the Asset shall be free and clear of liens, claims, and encumbrances except those claims determined to be non-dischargeable by this Court. It is further

ORDERED that the Trustee is hereby authorized to execute any and all documents necessary to effectuate the transaction. It is further

ORDERED that should Robert Edwin Jacobsen fail to deliver $6,000.00 in good funds to the Trustee by 5:00 p.m. C.D.T. on the date that is ten (10) days after the entry of this Order, the Trustee is authorized to sell the Asset to Harold Jaffe for $5,500.00 within five (5) days thereafter.

Signed on 6/4/2008

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE