IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR,

    Plaintiff,

  v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., AND BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,

    Defendant.

No. C 07-03533 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for June 12, 2008, is **CONTINUED** to **JULY 3, 2008, AT 11:00 A.M.** Please file a joint case management statement no later than June 26, 2008.

Please note there will be no further continuances.

**IT IS SO ORDERED.**

Dated: June 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE