Robert E Jacobsen
In Pro Per
Alise Malikyar
In pro per
P.O. Box 1386
Lafayette, CA 94549
Tel: 925 890-8619
Fax: 925 385-0497

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA


Alise Malikyar, Robert Jacobsen                      CASE NO. C07-03533 WHA

       Plaintiffs,                               **PLAINTIFF'S UPDATED CASE**
                                             **MANAGEMENT CONFERENCE STATEMENT;**
                     vs.

JOHN SRAMEK, BERNADETTE SRAMEK,
HAROLD M. JAFFE, John S. Sramek Jr. and
Bernadette D. Sramek Revocable Living Trust, and          Date:      July 3, 2008
DOES 1 – 100,                                             Time:      11:00 am
                                                         Crtrm:     9
          Defendants.

_____/


Plaintiff, Robert E Jacobsen and Alise Malikyar hereby submits their combined updated Case Management Conference Statement.

On June 5, 2008, Judge Brenda T. Rhoades in the Jacobsen bankruptcy
The U.S. Bankruptcy Judge, Honorable Brenda T. Rhoades, entered an order approving the sale of the claim on June 5, 2008 (See Docket # 175, attached hereto as Exhibit 1). The order was processed and a Bill of Sale was produced, See Exhibit 2. Mr. Jacobsen purchased the asset from the estate. Robert Jacobsen and Alise Malikyar would now like to continue with this case.

Mr. Jacobsen has requested the deposition of Angel Avery, North American Title PMK, Angel Avery's assistant for July 2, 2008. The depositon of Mr. Sramek is scheduled for July 3, 2008 at 1:00.


                                           /s/ Robert E. Jacobsen
                                           Robert E Jacobsen
                                           , In Pro Per
                                           P.O. Box 1386

Lafayette, CA 94549
Tel: 925 890-8619
Fax: 925 385-0497


/s/ Alise Malikyar
Alise Malikyar
In pro per
P.O. Box 1386
Lafayette, CA 94549
Tel: 925 899-9890
Fax: 925 385-0497

# EXHIBIT 1

### United States Bankruptcy Court
### Eastern District of Texas (Sherman)
### Bankruptcy Petition #: 07-41092

*Assigned to:* Honorable Brenda T. Rhoades
Chapter 7
Previous chapter 13
Voluntary
Asset

*Date Filed:* 05/25/2007
*Date Converted:* 12/05/2007

**Debtor**
**Robert Edwin Jacobsen**
P.O. Box 1386
Lafayette, CA 94549
SSN: xxx-xx-2723

represented by **Joyce W. Lindauer**
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231
(972) 503-4033
Fax : (972) 503-4034
Email:
courts@joycelindauer.com

**William Paul Rossini**
Rossini & Wagner PC
1201 Main Street
Suite 2470
Dallas, TX 75202
(214) 979-7321
Fax : (214) 979-7301
Email:
williamp@rossiniwagner.com

**Trustee**
**Janna L. Countryman**
P. O. Box 941166
Plano, TX 75094-1166
(972) 943-2580
*TERMINATED: 12/05/2007*

**Trustee**
**Christopher Moser**
2001 Bryan Street, Suite 1800
Dallas, TX 75201

represented by **Gabrielle A. Hamm**
Singer Levick, P.C.
16200 Addison Road., Ste.
140

(214) 880-1805

Addison, TX 75001
(972)380-5533
Fax : (972)380-5748
Email:
hamm@singerlevick.com

**Larry A. Levick**
Singer & Levick, P.C.
16200 Addison Rd.
Suite 140
Addison, TX 75001
(972) 380-5533
Fax : (972)380-5748
Email:
levick@singerlevick.com

*U.S. Trustee*
**US Trustee**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702
(903) 590-1450

represented by **Marcus Salitore**
US Trustee Office
110 N. College Ave., Room
300
Tyler, TX 75702
903-590-1450
Email:
marc.f.salitore@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 05/30/2008 | 171 | Certificate Of Mailing *(RE: related document(s) Hearing Set (RE: related document(s)143 Motion To Require Chapter 7 Trustee To Pay Mortgage Lenders Filed by Robert Edwin Jacobsen. Hearing scheduled for 6/24/2008 at 10:00 AM at Plano Bankruptcy Courtroom. (th, )).* Service Date 05/30/2008. (Admin.) (Entered: 05/31/2008) |
| 06/01/2008 | 172 | Certificate Of Mailing *(RE: related document(s)170 Order Granting Trustee's Second Unopposed Motion for Extension of Time to Object to Discharge (RE: related document(s)135 Trustee's Second Unopposed Motion to Extend Time to File Complaint Objecting to Discharge filed by Trustee Christopher Moser). Last day to oppose discharge is 6/27/2008. (bl, )).* Service Date 06/01/2008. (Admin.) (Entered: 06/02/2008) |
| 06/02/2008 | | Hearing Set (RE: related document(s)155 Emergency Motion to Require Chapter 7 Trustee to Abandon Malpractice Causes of Action Filed by Robert Edwin Jacobsen and 154 Motion to Require Chapter 7 Trustee to Abandon Real Property Filed by Robert Edwin Jacobsen. Hearing scheduled for 6/10/2008 at |

| | | |
|---|---|---|
| | | 09:45 AM at Plano Bankruptcy Courtroom. (sr, ) (Entered: 06/02/2008) |
| 06/03/2008 | <u>173</u> | Objection to Claim Number 8 of Timothy Carlson in the amount of $ $45808.97 Filed by Robert Edwin Jacobsen (Attachments: # <u>1</u> Exhibit # <u>2</u> Proposed Order)(Lindauer, Joyce) (Entered: 06/03/2008) |
| 06/04/2008 | | Proposed Order or Judgment Submitted At Court's Direction RE: <u>129</u> Motion to Sell UPLOADED 2008-06-04 09:45:21.0 (Entered: 06/04/2008) |
| 06/04/2008 | | Hearing Set *(RE: related document(s)<u>173</u> Objection to Claim Number 8 of Timothy Carlson in the amount of $ $45808.97 Filed by Robert Edwin Jacobsen* . Hearing scheduled for 7/22/2008 at 09:35 AM at Plano Bankruptcy Courtroom. (th, ) (Entered: 06/04/2008) |
| 06/04/2008 | <u>174</u> | Certificate Of Mailing *(RE: related document(s) Hearing Set (RE: related document(s)<u>155</u> Emergency Motion to Require Chapter 7 Trustee to Abandon Malpractice Causes of Action Filed by Robert Edwin Jacobsen and <u>154</u> Motion to Require Chapter 7 Trustee to Abandon Real Property Filed by Robert Edwin Jacobsen Hearing scheduled for 6/10/2008 at 09:45 AM at Plano Bankruptcy Courtroom. (sr, )).* Service Date 06/04/2008. (Admin.) (Entered: 06/05/2008) |
| 06/05/2008 | <u>175</u> | Order Granting Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances *(RE: related document(s)<u>129</u> Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances filed by Trustee Christopher Moser).* (bl, ) (Entered: 06/05/2008) |

# EXHIBIT 2

### BILL OF SALE

**FOR VALUE RECEIVED,** the undersigned Christopher J. Moser, Chapter 7 Trustee of the bankruptcy estate of Robert E. Jacobsen ("Seller") hereby sells and transfers unto Robert E. Jacobsen ("Buyer") all of the bankruptcy estate's rights, title and interest in that certain wire tapping lawsuit styled *Alise Malikyar vs John Sramek, Harold M. Jaffe, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust*, Case No **C07-03533 WHA**, Northern District of California, United States District Court.

The foregoing property is sold to Buyer AS IS and WITH ALL FAULTS; no warranties of any kind, including without limitation, any warranty of merchantability or fitness for a particular purpose, being implied in connection with this transaction.

Effective as of the 19th day of June, 2008.

Christopher J. Moser, Trustee of the
Bankruptcy Estate of Robert E. Jacobsen