# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>July 3, 2008</u>

Case No.  <u>C 07-03533 WHA</u>

Title: <u>MALIKYAR AND JACOBSEN</u> v. <u>JOHN SRAMEK</u>

Plaintiff Attorneys: Svetlana Couture (specially); Alise Malikyar and Rbt Jacobsen

Defense Attorneys: Harold Jaffe

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   Further CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 7/31/08

Discovery Cutoff: 2/27/09

Designation of Experts: 2/27/09

Last Day to File Motion: 4/2/09


Continued to _ for Further Case Management Conference

Continued to  **6/1/09 at 2:00 pm**  for Pretrial Conference

Continued to  **6/15/09 at 7:30 am**  for Trial


**ORDERED AFTER HEARING:**

Case is referred ADR for mediation.  Plaintiffs have until 8/15/08 to file an amended complaint.