MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Svetlana V. Couture, SBN 188087<br>COUTURE & ASSOCIATES<br>418 Third Street, Suite 101<br>Oakland, CA 94607<br>TELEPHONE NO.: 510/710-7720   FAX NO. (Optional): 510/835-1719<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | FILED RECEIVED<br>JUL 10 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. DISTRICT COURT<br>STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA<br>MAILING ADDRESS: 450 Golden Gate Avenue, 16th Floor (Clerk's office)<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| CASE NAME:<br>Alise Malikyer, Robert Jacobsen v. Sramek, Sramek, Jaffe et al | |
| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>C07-03533 WHA |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): makes the following substitution:

1. Former legal representative  [✓] Party represented self  [ ] Attorney (name) Robert Jacobsen
2. New legal representative  [ ] Party is representing self*  [✓] Attorney
   a. Name:
   b. State Bar No. (if applicable): 188087
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
   COUTURE & ASSOCIATES, 418 Third Street, Suite 101, Oakland, CA 94607
   d. Telephone No. (include area code): 510/710-7720
3. The party making this substitution is a  [✓] plaintiff  [ ] defendant  [ ] petitioner  [ ] respondent  [ ] other (specify):

---

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: July 7, 2008
   Robert Jacobsen
   (TYPE OR PRINT NAME)                 ▶ [signature] (SIGNATURE OF PARTY)

5. [ ] I consent to this substitution.
   Date:
   _____
   (TYPE OR PRINT NAME)                 ▶ (SIGNATURE OF FORMER ATTORNEY)

6. [✓] I consent to this substitution.
   Date: July 7, 2008
   Svetlana V. Couture
   (TYPE OR PRINT NAME)                 ▶ [signature] (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Page 1 of 2

| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2007] | SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | American LegalNet, Inc.<br>www.FormsWorkflow.com | Code of Civil Procedure, §§ 284(1), 285;<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |

MC-050

| CASE NAME: | CASE NUMBER: |
|---|---|
| Alise Malikyer, Robert Jacobsen v. Sramek, Sramek, Jaffe et al | C07-03533 WHA |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

Instructions: *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: 7/8/08        (2) Place of mailing *(city and state)*: Oakland, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 8, 2008

Catherine Addison
(TYPE OR PRINT NAME)                                            (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Harold Jaffe, individually and on behalf of John and B. Sramek, Sramek Revok.Trust
   b. Address *(number, street, city, and ZIP)*:

      3521 Grand Avenue, Oakland, CA 94610

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:


   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:


   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:


   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:


   ☐ List of names and addresses continued in attachment.

---

MC-050 [Rev. January 1, 2007]          **SUBSTITUTION OF ATTORNEY—CIVIL**          Page 2 of 2
                                              (Without Court Order)

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Svetlana V. Couture, SBN 188087<br>COUTURE & ASSOCIATES<br>418 Third Street, Suite 101<br>Oakland, CA 94607<br>TELEPHONE NO.: 510/710-7720   FAX NO. (Optional): 510/835-1719<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | FILED<br>RECEIVED<br>JUL 10 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. DISTRICT COURT<br>STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA<br>MAILING ADDRESS: 450 Golden Gate Avenue, 16th Floor (Clerk's office)<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| CASE NAME:<br>Alise Malikyer, Robert Jacobsen v. Sramek, Sramek, Jaffe et al | |
| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>C07-03533 WHA |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): makes the following substitution:

1. Former legal representative   [✓] Party represented self   [ ] Attorney (name): Alise Malikyer
2. New legal representative   [ ] Party is representing self*   [✓] Attorney
   a. Name:
   b. State Bar No. (if applicable): 188087
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      COUTURE & ASSOCIATES, 418 Third Street, Suite 101, Oakland, CA 94607
   d. Telephone No. (include area code): 510/710-7720
3. The party making this substitution is a   [✓] plaintiff   [ ] defendant   [ ] petitioner   [ ] respondent   [ ] other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: July 7, 2008
   Alise Malikyer
   (TYPE OR PRINT NAME)   (SIGNATURE OF PARTY)

5. [ ] I consent to this substitution.
   Date:
   (TYPE OR PRINT NAME)   (SIGNATURE OF FORMER ATTORNEY)

6. [✓] I consent to this substitution.
   Date: July 7, 2008
   Svetlana V. Couture
   (TYPE OR PRINT NAME)   (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)   Page 1 of 2

Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2007] | SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | Code of Civil Procedure, §§ 284(1), 285;<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov

MC-050

| CASE NAME: | CASE NUMBER: |
|---|---|
| Alise Malikyer, Robert Jacobsen v. Sramek, Sramek, Jaffe et al | C07-03533 WHA |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: 7/8/08        (2) Place of mailing *(city and state)*: Oakland, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 8, 2008

Catherine Addison
(TYPE OR PRINT NAME)                                        (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Harold Jaffe, individually and on behalf of John and B. Sramek, Sramek Revok.Trust
   b. Address *(number, street, city, and ZIP)*:

   3521 Grand Avenue, Oakland, CA 94610

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   ☐ List of names and addresses continued in attachment.