# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Malikyar, <br><br> Plaintiff(s), <br><br> v. <br><br> Sramek, <br><br> Defendant(s). | 07-03533 WHA MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**John E. F. DiNapoli**
DiNapoli & Sibley
10 Almaden Blvd., Suite 1250
San Jose, CA 95113-2233
408-999-0160
jfd@dslaw.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03533 WHA MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: July 21, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03533 WHA MED                    - 2 -