| | |
|---|---|
| SVETLANA V. COUTURE, ESQ.<br>COUTURE & ASSOCIATES<br>418 Third Street, Suite 101<br>Oakland, CA 95607<br>Tel: (510)710-7720<br>Fax: (510)835-1719<br><br>Attorney for Plaintiffs | **FILED**<br><br>AUG - 1 2008<br><br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, ROBERT JACOBSEN )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JOHN SRAMEK, BERNADETTE SRAMEK )<br>HAROLD M. JAFFE, JOHN S. SRAMEK )<br>AND BERNADETTE SRAMEK REVOCABLE )<br>LIVING TRUST AND DOES 1 TO 100, )<br>INCLUSIVE, )<br>)<br>Defendants )<br>_____ ) | Case #3:07-CV-03533-WHA<br><br>PLAINTIFFS' INITIAL<br>DISCLOSURES PURSUANT TO<br>F.R.C.P. 26(a)(1)<br>and (2) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to F.R.C.P. Rule 26 (a)(1) and without waiving any discovery requests and/or any of the applicable objections, Plaintiffs herein are making the following initial disclosures:

Please refer to Plaintiff Alise Malikyar's previous Initial Disclosures of October 4, 2007 which are fully incorporated herein and are attached herewith as Exhibit 1 for your reference.

Plaintiff reserves the right to amend the same once additional witnesses, including expert witnesses and/or evidence are identified and/or located.

/

Dated:   July 31, 2008      Signed: _____
                                    Svetlana V. Couture
                                    Attorney for Plaintiffs

**PROOF OF SERVICE**
**Malikyar, Jaconsen v. Sramek, Sramek, Jaffe et al**
*U.S. District Court*
*Northern District Case #: 07-CV-03533-WHA*

I, the undersigned, declare sa follows:

I am a citizen of the United States and I am over the age of eighteen years and not a party to the within action. My business address is 418 Third Street, Suite 101, Oakland, CA 94607.

On the date set forth below I served the within:

**PLAINITFFS' INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a) and (b) along with Exhibit 1**

on all interested parties by the following manner:

__x_ U.S. Mail. By placing for collection and mailing, following ordinary business practices at my place of business, a true and correct copy thereof, in the sealed envelope with first-class postage thereon fully prepaid, and addressed as set forth below.

____ By personally serving the above entitled documents on the parties to this action by causing a true and correct copy thereof to be hand delivered to the offices and/or addresses of the person(s) set forth below during regular business hours on the date as set forth below.

____ Telecopy via fax transmission a true and correct copy thereof as set forth below from facsimile no. (510)835-1719 to the parties and fax numbers listed below, AT ____A./P.M. ON _____, 2008.

HAROLD M. JAFFE, individually and on behalf of:
JOHN SRAMEK, BERNADETTE SRAMEK and JOHN S. SRAMEK
AND BERNADETTE SRAMEK REVOCABLE LIVING TRUST
3521 Grand Avenue
Oakland, CA 94610

/

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2008, at Oakland, California.

Leeds Disston, Esq.

Proof of Service

Alise Malikyar
In Pro Per
P.O. Box 1386
Lafayette, California 94549
Phone: 925 899-9890
Fax: (407) 209-2126

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette Sramek Revocable Living Trust and DOES 1 to 100,<br><br>      Defendants. | Case No. C07-03533<br><br>**PLAINTIFF ALISE MALIKYAR'S OBJECTION AND INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1)** |

TO ALL PARTIES and their attorneys of record:

Plaintiff ALISE MALIKYAR objects to initial disclosures on the grounds that Defendants have failed to meet and confer prior to the deadline set forth by F.R.C.P. 26(a)(a) and the Court's Orders of July 6, 2007 and August 6, 2007.

Without waiving the objection, Plaintiff makes the following disclosures:

**A.**     **Disclosure of Witnesses Presently Known**

    1.    Alice Malikyar, Plaintiff, information set forth above;

    2.    Robert Jacobsen. P.O. Box 1386, Lafayette, CA 94549. Has knowledge of the wire-tapping incident of Plaintiff's residence, and of Plaintiff's general damages;

    **3.**    Mr. James O. Spencer, AT&T, 2745 Cloverdale Ave, Concord, CA 94518: Has

1 knowledge of Plaintiff's telephone line and service during the relevant time period;

2     4.    Deputy T. Burke, Contra Costa County Sheriff's Department. 150 Alamo Plaza, Alamo, CA 94507. Has knowledge of the investigation regarding Plaintiff's telephone being wire-tapped.

    5.    Sgt. Andre Charles, Contra Costa County Sheriff's Department. Address and telephone number presently unknown. Has knowledge of the investigation regarding Plaintiff's telephone being wire-tapped.

    6.    Donna Allen, Contra Costa County Community Development Department. 651 Pine Street, N Wing, 2nd Floor, Martinez, CA 94553. 925 335-1210. Has information regarding the status of Plaintiff's property that is the subject of the Defendants' prior lawsuit against Plaintiff.

    7.    Angel Avery. North American Title Insurance Company, 1605 Tice Valley Blvd. Walnut Creek, CA 94595. Has information regarding Plaintiff's escrow account and communication regarding the account.

    8.    Stacy Adams. Realty Services Network, 1327 N. Main Street, #111, Walnut Creek 94596 (925) 930-6300. Has information regarding the confidentiality of escrow information on the Tice Valley transaction.

    9.    Paul Chastain. Coldwell Banker Real Estate, 5 Moraga Way, Orinda, CA 94563, (925) 253-4600. Has information regarding releasing of escrow information on the Tice Valley transaction..

    10.    Jeanne Pero, 2326 Tice Valley Blvd., Walnut Creek, CA 94595. Has information of seeing persons sneaking around Malikyar property.

    11.    Jeanne Pero's sister Joanne. Her full name will be determined. 2326 Tice Valley Blvd., Walnut Creek, CA 94595. Has information of seeing persons sneaking around Malikyar property.

    12.    Gail Smith, 8521 Grand Ave, Oakland, CA . Has information regarding the attaining of the escrow number and which title company that was used in the Tice Valley purchase.

| | | |
|---|---|---|
|13.|Coldwell Banker Real Estate, person most knowledgable. Has knowledge of the internal policies within Coldwell Banker as to the release of information about an open escrow.|
|14.|Michael Alberson, 1150 Hamilton Lane, Escondido, CA 92029, (760) 415-9922. Has information regarding statements made by Horold Jaffe.|
|15.|Daniel Kelleher, 1655 N. Main St., Walnut Creek, CA 94596, (925) 280-1250. Has information regarding statements made by Harold Jaffe|
|16.|Thomas Gorrell, 401 W. A Street, Suite 1770, San Diego, CA 92101, (619) 237-0650. Has information regarding statements made by Harold Jaffe.|
|17.|North American Title Insurance Company, person most knowledgable. Has information as to company policy and fiduciary responcibility of the company.|

**B. Documents Presently Known**

1. Contra Costa County Sheriff's Department report of the incident. Report number 07-11799. Plaintiff has a copy.

**Relief**

Plaintiff seeks to recover for her pecuniary losses as the result of the wiretapping and lis pendens that blocked the sale of her residence. Plaintiff calculates this amount as follows:

**$11,561,009.39**

Plaintiff also seeks punitive damages in an amount to be determined.

**C. Damages Computation**

As set forth in her Initial Case Management Conference Statement, Plaintiff claims the following general and special damages.

Plaintiff seeks to recover for her pecuniary losses as the result of the lis pendens that blocked the sale of her residence. Plaintiff calculates this amount as follows:
Commissions on house located 2324 Tice Valley Blvd, Walnut Creek, CA
$96,750.00

Monthly loss on Tice Valley house (holding cost)

Tax        795.47
Ins         97.75

```
Greenpoint    3575.78
Wells Fargo   1723.05
Coast Cap     1600.00
Total PITI    7792.05
Rent offset   <3200.00>
Net loss      4592.05 (for 6 months ending Oct. 27, 2007)
```
                                                                                  $27,552.30

Loss of approved $1,000,000 loan leading to a 1% increase in interest rate = $236,707.09

Lost profit on the Vista Bella house.                                    $200,000.00

    Subtotal of hard loss                                      **$561,009.39**

Plaintiff also seeks to recover general damages for the fear and anxiety the violation of her attorney-client confidentiality, in the amount of                **$11,000,000.00.**

    Sub-Total                                                 **$11,561,009.39**

Plaintiff also seeks punitive damages in an amount to be determined.

Dated: October 4, 2007

                                                    ALISE MALIKYAR

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Harold Jaffe
   3521 Grand Ave.
   Oakland, CA 94610

2. Article Number (Transfer from service label)

   7005 1820 0006 9488 5201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10-08-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes