1  **HAROLD M. JAFFE, ESQ.**
   CASB #57397
2  3521 Grand Avenue
   Oakland, CA 94610
3  Tel: (510) 452-2610
   Fax: (510) 452-9125
4
   Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as
5  Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold
   M. Jaffe, In Pro Per
6
                          **UNITED STATES DISTRICT COURT**
7                         **NORTHERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| ALISE MALIKYAR, ROBERT JACOBSEN, | CASE NO. C07-03533 WHA |
| Plaintiffs, | **[PROPOSED]** |
| vs. | **ORDER GRANTING ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION TO DISMISS SET ON MARCH 13, 2008, OR** |
| JOHN SRAMEK, BERNADETTE *SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | **IN THE ALTERNATIVE, FOR THE COURT TO DISMISS _SUA SPONTE_** |
| | **[FRCP 6]** |
| Defendants. _____/ | **CTRM:** 9 - Hon. William Alsup |

16    After consideration of the papers on file, and good cause appearing;

17    **IT IS HEREBY ORDERED** that defendants' ex parte application for an order shortening

18  time to hear defendants' motion to dismiss set for March 13, 2008, is GRANTED and defendants'

19  motion shall be heard on shortened time on _____, 2008, at _____ a.m. Any opposition

20  to defendants' motion shall be filed no later than _____, 2008, and any reply shall be

21  filed by defendants no later than _____, 2008.

22    After consideration of defendants' ex parte application for the Court to dismiss plaintiffs'

23  Second Amended Complaint the papers on file, and good cause appearing;

24    **IT IS HEREBY ORDERED** that plaintiffs' Second Amended Complaint is hereby

25  dismissed with prejudice _sua sponte_ on the grounds that plaintiffs are not the real parties in interest.

26

27  DATED: _____     _____
                                    THE HONORABLE WILLIAM ALSUP
28                                  UNITED STATE DISTRICT JUDGE

                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28