IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, | |
| Plaintiff, | No. C 07-03533 WHA |
| v. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100, | **ORDER SETTING HEARING** |
| Defendants. | |

A hearing is **SET** for **8:00 A.M. ON JULY 8, 2008,** in Courtroom No. 9 to deal with defendants' *ex parte* application to quash deposition subpoenas.

**IT IS SO ORDERED.**

Dated: August 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE