**HAROLD M. JAFFE, ESQ.**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and Harold M. Jaffe, In Pro Per

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, ROBERT E. JACOBSEN, | CASE NO. C07-03533 WHA |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100, | |
| Defendants. | |
| _____/ | |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. I am an employee of Harold M. Jaffe, and my business address is 3521 Grand Avenue, Oakland, CA 94610.

On August 22, 2008, I caused to be served by mail the following documents:

**DEFENDANTS' EX PARTE APPLICATION TO STRIKE PLAINTIFFS' THIRD AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Post Office. Correspondence so collected and processed is deposited with the drop box for the United States Post Office the same day in the ordinary course of business.

1

1  On August 22, 2008, at my place of business in Oakland, California, I placed the envelope
2  containing the above-mentioned document(s) for collection and mailing following ordinary business
3  practice.
4  I enclosed a true and correct copy of said documents in an envelope, addressed as follows:

6  Svetlana V. Couture, Esq.
   COUTURE & ASSOCIATES
7  418 Third Street, Ste. 101
   Oakland, CA 94607

10  _____
    BEVERLY BAKER