IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR,

    Plaintiff,

  v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,

    Defendants.

No. C 07-03533 WHA

**ORDER RE EX PARTE FILINGS**

The Court has no recollection of authorizing any ex parte filings. Ex parte means that the filing is kept secret from the other side. This is unfair. Accordingly, all pending ex parte applications and discovery disputes are hereby **DENIED**. If the deadline for filing a certain motion has not yet passed under the case management order, the parties may resubmit any ex parte filing in the appropriate manner. Any resubmitted filing should not be ex parte. All filings should be served on the other side. Any discovery dispute should be submitted as laid out in the Court's guidelines (*i.e.*, in a three-page letter).

**IT IS SO ORDERED.**

Dated: August 28, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE