IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR,

    Plaintiff,

  v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,

    Defendants.

No. C 07-03533 WHA

**ORDER RE AMENDED COMPLAINT**

On July 7, 2008, a case management order issued giving plaintiffs until August 15 to file an amended complaint. According to plaintiffs, they attempted to file the amended complaint on August 15 but had difficulties using the electronic filing system. Plaintiffs then manually filed their amended complaint on August 19. No electronic version of the amended complaint is available online and defendants were not served with a copy. Defendants subsequently filed an ex parte application to strike the amended complaint on the ground that it was not timely filed. The Court then denied all pending ex parte motions and applications on the ground that they should not have been filed ex parte. There appearing to be no prejudice, defendants will have twenty days from the date they are served with the amended complaint to answer. Plaintiffs must serve the amended complaint by **SEPTEMBER 16, 2008**. In the future, plaintiffs must file all documents using the electronic filing system. This is the last time any filing blunder will be excused.

**IT IS SO ORDERED.**

Dated: September 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE