```
SVETLANA V. COUTURE, ESQ.
COUTURE & ASSOCIATES
418 Third Street, Suite 101
Oakland, CA 95607
Tel: (510)710-7720
Fax: (510)835-1719

Attorney for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, ROBERT JACOBSEN ) | Case #3:07-CV-03533-WHA |
| Plaintiffs, ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| JOHN SRAMEK, BERNADETTE SRAMEK ) HAROLD M. JAFFE, JOHN S. SRAMEK ) AND BERNADETTE SRAMEK REVOCABLE ) LIVING TRUST AND DOES 1 TO 100, ) INCLUSIVE, ) | |
| ) | Court Room 9, |
| Defendants ) | Hon. William Alsup |

I, the undersigned, declare sa follows:

I am a citizen of the United States and I am over the age of eighteen years and not a party to the within action. My business address is 2325 McKinley Avenue, Suite 18, Berkeley, CA 94703.

On September 15, 2008 at 1:25 p.m. as set forth below I served the within:

**PLAINTIFFS' THIRD AMENDED COMPLAINT**

on all interested parties by the following manner:

By personally serving the above entitled documents on the parties to this action by causing a true and correct copy thereof to be hand delivered to the offices and/or addresses of the person(s) set forth below during regular business hours on the date as set forth herein. Service was effected on:

HAROLD M. JAFFE, individually and on behalf of:
JOHN SRAMEK, BERNADETTE SRAMEK and JOHN S. SRAMEK
AND BERNADETTE SRAMEK REVOCABLE LIVING TRUST
3521 Grand Avenue,
Oakland, CA 94610

    Attached please see Exhibits 1 through 4, Proof of Service Forms respecting the service of Third Amended Complaint as to each party served.

/
/

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2008, at Oakland, California.

                                        R. L. Couture

**Proof of Service**

I declare under penalty of perjury that I served the ~~summons and~~ *3rd Amended* complaint in this case on 9/15/2008 at 1:25 p.m., by:

(1) personally delivering a copy of each to the individual at this place, 3521 Grand Ave, Oakland, Ca ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 0.00 for travel and $ 40.00 for services, for a total of $ 40.00 .

Date: September 16, 2008

*R L Couture* (Server's signature)

R. L. Couture, process server
Printed name and title

2325 McKinley Ave., Ste. 18, Berkeley, CA 94703
Server's address

EXHIBIT /

**Proof of Service**

I declare under penalty of perjury that I served the ~~summons and~~ *3rd Amended* complaint in this case on 9/15/2008 at 1:25 p.m.__, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Harold Jaffe, attorney for Defendant B. Sramek, 3521 Grand, Oakland Ca ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 0.00 for travel and $ 40.00 for services, for a total of $ 40.00.

Date: September 16, 2008                  *[signature]*
                                              Server's signature

                                          R. L. Couture, process server
                                              Printed name and title

                                          2325 McKinley Ave., Ste. 18, Berkeley, CA 94703
                                              Server's address

EXHIBIT 2

**Proof of Service**

I declare under penalty of perjury that I served the ~~summons and~~ *3rd Amended* complaint in this case on 9/15/2008 at 1:25 p.m., by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Harold Jaffe, attorney for Sramek Living Trust, 3521 Grand, Oakland Ca ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 0.00 for travel and $ 40.00 for services, for a total of $ 40.00.

Date: September 16, 2008

*[signature]*
Server's signature

R. L. Couture, process server
Printed name and title

2325 McKinley Ave., Ste. 18, Berkeley, CA 94703
Server's address

EXHIBIT 3

**Proof of Service**

I declare under penalty of perjury that I served the ~~summons and~~ *3rd Amended* complaint in this case on 9/15/2008 at 1:25 p.m., by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Harold Jaffe, attorney for Defendant J. Sramek, 3521 Grand, Oakland Ca ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 0.00 for travel and $ 40.00 for services, for a total of $ 40.00.

Date: September 16, 2008

Server's signature

R. L. Couture, process server
Printed name and title

2325 McKinley Ave., Ste. 18, Berkeley, CA 94703
Server's address

EXHIBIT 4