IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR,

    Plaintiff,

  v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,

    Defendants.

No. C 07-03533 WHA

**ORDER RE SUBSTITUTION OF ATTORNEYS**

The Court approves defendant's substitution of attorneys filed on January 26, 2009, on the condition that all counsel honor the remaining deadlines in the first amended case management order dated July 7, 2008.

**IT IS SO ORDERED.**

Dated: January 28, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE