IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR,

    Plaintiff,

v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,

    Defendants.

No. C 07-03533 WHA

**ORDER SETTING HEARING**

    Pursuant to defendants' letter dated February 20, 2009, the Court shall hold a hearing on **THURSDAY, FEBRUARY 26, 2009, AT 2:30 P.M.** in Courtroom No. 9, at the federal courthouse. Plaintiff's response is requested in writing no later than **9:00 A.M. ON FEBRUARY 25**. Plaintiff must bring the alleged wiretap device and package to the hearing. The expert must attend as well.

    **IT IS SO ORDERED.**

Dated: February 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE