IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | No. C 07-03533 WHA<br><br><br>**ORDER RE DEVICE TESTING AND DEPOSITIONS** |

For the reasons stated at the hearing, a nondestructive testing of the device will be conducted by Dr. Brad Johanson at his work bench under the conditions set at the hearing. The Srameks are ordered to appear for a deposition at **9 A.M. ON MARCH 3, 2009** at the address stated at the hearing.

**IT IS SO ORDERED.**

Dated: February 26, 2009

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE