IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,<br><br>        Defendants.<br>                                                              / | No. C 07-03533 WHA<br><br>**ORDER RE RESCHEDULING DEPOSITIONS** |

On February 26, 2009, the Court ordered John Sramek and Bernadette Sramek to appear for a deposition at 9 a.m. on March 3, 2009. On February 27, 2009, counsel for the Srameks filed a letter stating that John Sramek has a previously scheduled business commitment for March 3 and offering to make John and Bernadette Sramek available for deposition on March 5. Accordingly, John and Bernadette Sramek are ordered to appear for a deposition at **9 A.M. ON MARCH 5, 2009** at the address stated at the hearing, with the deposition of Bernadette Sramek proceeding first.

**IT IS SO ORDERED.**

Dated: March 2, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE