IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | No. C 07-03533 WHA<br><br>**ORDER RE SRAMEK DEPOSITIONS** |

In response to the letter dated March 5, 2009, from Mr. Jacobsen, there will be a hearing on **THURSDAY, MARCH 12, 2009, AT 9:00 A.M.** Please bring the transcript of the deposition and proof of refusals to answer as well as proof of breaks of the type described in the letter. The Srameks and their attorneys must attend the hearing as well as Robert Jacobsen and any attorney assisting plaintiff. The Srameks and their attorney should respond in writing to Mr. Jacobsen's letter by 9:00 a.m. Wednesday, March 11, limited solely to this issue.

**IT IS SO ORDERED.**

Dated: March 6, 2009.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE