IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, | |
| Plaintiff, | No. C 07-03533 WHA |
| v. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100, | **NOTICE RE MOTION FOR PROTECTIVE ORDER AND LETTER DATED 3/10/2009** |
| Defendants. / | |

All parties should be prepared to address both motions, both of which were received by the Court on March 10, at tomorrow's hearing at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE