IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,<br><br>    Defendants.             / | No. C 07-03533 WHA<br><br>**ORDER RE TESTING OF DEVICE AND EXPERT REPORTS** |

     As stated at the hearing, plaintiffs are ordered to designate by **NOON ON TUESDAY, MARCH 17, 2009** the location and time on **THURSDAY, MARCH 19, 2009** that plaintiffs' expert will test the device. Nondestructive testing of the device will be conducted by plaintiffs' designated expert under the conditions set at the hearing. The device must be deposited with the Clerk of the court before **4 P.M. ON THURSDAY, MARCH 19, 2009**.

     If plaintiffs plan to rely on expert testimony in their case in chief on this issue, plaintiffs' opening expert report must be disclosed by **MARCH 23, 2009**. Thereafter, the deadlines outlined in the first amended case management order for expert reports and discovery shall apply.

Dated: March 12, 2009



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE