IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR,

    Plaintiff,

  v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK, JR., and BERNADETTE D. SRAMEK REVOCABLE LIVING TRUST, and DOES 1–100,

    Defendants.

No. C 07-03533 WHA

**ORDER RE WIRETAP DEVICE EXPERTS**

So long as plaintiffs supply all of the Rule 26(a)(2)(B) items, not just a *signed* report, to the other side by **MARCH 26, 2009, AT NOON**, the late submission will be deemed timely and the other side may have the same extra days in supplying any opposition report and related items.

**IT IS SO ORDERED.**

Dated: March 25, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE