IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, *et al.*, | No. C 07-03533 WHA |
| Plaintiffs, | |
| v. | **NOTICE RE HEARING ON MOTION FOR ORDER EXCLUDING EVIDENCE** |
| JOHN SRAMEK, *et al.*, | |
| Defendants. | |

On March 19, 2009, defendants filed a motion for an order excluding evidence, which was scheduled for a hearing on April 23, 2009. Plaintiffs did not appear for the hearing. Plaintiffs will be given one more chance. The hearing on this motion is rescheduled for **APRIL 27, 2009 AT NOON**.

**IT IS SO ORDERED.**

Dated: April 23, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE