United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JACOBSON and ALISE MALIKYAR,

    Plaintiffs,

  v.

JOHN SRAMEK, *et al.*,

    Defendants.

No. C 07-03533 WHA

**ORDER GRANTING MOTION FOR ORDER EXCLUDING EVIDENCE**

    The defense motion to exclude the letters dated February 1 and 14, 2007, from Coast Capital Limited and the notice dated April 18, 2007, as well as to exclude Amir Sosa as a witness is **GRANTED**, and the hearing thereon re-set for Monday, April 27 is **VACATED,** there being no opposition. Pursuant to Rule 37(c), both sides shall, by **MAY 1 AT NOON**, submit memoranda and declarations as to whether plaintiffs must pay the reasonable fees and expenses incurred by the defense in obtaining this order. Please address, among other things, the failure by plaintiffs to appear on Thursday, April 23 for the noticed hearing and whether there was any meet and confer on the issues presented prior to bringing the motion.

    **IT IS SO ORDERED.**

Dated: April 27, 2009

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE