```
1  WILLIAM E. JEMMOTT (SBN 198671)
   LAW OFFICE OF WILLIAM JEMMOTT
2  4100 Redwood Rd. Ste 338
3  Oakland, CA 94619
   Telephone:    (510) 569-6203
4  Facsimile:    (510) 569-6203

5  Attorney for Plaintiffs
6  Alise Malikyar and Robert Jacobsen
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR and ROBERT JACOBSEN, | Case No: CV-07-03533- WHA |
| Plaintiffs, | NOTICE OF SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS ALISE MALKIYAR AND ROBERT JACOBSEN, AND ORDER THEREON |
| vs. | |
| JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK AND BERNADETTE SRAMEK REVOCALBE LIVING TRUST AND DOES 1 TO 100 INCLUSIVE | |
| Defendants. | |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiffs ALISE MALKIYAR AND ROBERT JACOBSEN substitutes their respective counsel of record in this matter.

//

//

1 **Former Counsel:**

2 Both plaintiffs were in pro per.

3 **New Counsel:**

4 Plaintiffs ALISE MALKIYAR AND ROBERT JACOBSEN's new counsel in this
5 matter, on whom all notices and papers should be served, is:

6 William Jemmott (CA Bar N0. 198671), 4100 Redwood Rd, Ste 338, Oakland, CA
7 94619, Telephone: (510) 569-6203, Facsimile: (510) 569-6203, email,
8 william@jemmottlaw.com.

9 The undersigned consent to the substitution and certify that this substitution will not
10 delay the proceedings in this matter:

11

12 I consent to this substitution.

13 _____
ALISE MALIKYAR

14 Dated: 5/12/09

15 I consent to this substitution.

16 _____
ROBERT JACOBSEN

17 Dated: 5/12/09

18

19 I accept this substitution.      LAW OFFICE OF WILLIAM JEMMOTT

20 Dated: 5/12/09      BY: _____

21

22      WILLIAM JEMMOTT

23

24 IT IS SO ORDERED:

25

26 Date: May 13, 2009      _____
HON. _____
UNITED STATES DISTRICT COURT JUDGE

27

28

*IT IS SO ORDERED*
*Judge William Alsup*

PLAINTIFF'S SUBSTITUTION OF COUNSEL
Malikyar v Sramek et. al
CASE NO: CV-07-03533- WHA
- 2 OF 2 -