IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, *et al.*, | No. C 07-03533 WHA |
| Plaintiffs, | |
| v. | **NOTICE RE ANGEL AVERY** |
| JOHN SRAMEK, *et al.*, | |
| Defendants. | |

    The Court apologizes to Mr. Jemmott. There was a misunderstanding as to who called. Apparently, a lawyer representing Ms. Avery called the clerk's office.

    To cut through the snafu, the undersigned judge called the lawyer representing Ms. Avery and asked him to be present at 7:30 a.m. on Monday when the trial begins to address the issue. For the moment, Mrs. Avery does not need to be present at 7:30 a.m. on Monday but needs to be on standby in case the Court rejects the medical excuse. If need be, counsel may have to substitute the deposition. Please do not harass a very pregnant woman, witness or not.

**IT IS SO ORDERED.**

Dated: June 12, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE