David W. Wessel, Esq. - SBN 115222
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027

**ATTORNEYS FOR** Defendants
JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISE MALIKYAR, ROBERT JACOBSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1-100<br><br>Defendants.<br>_____/ | CASE NO. C07-03533 WHA<br>AMENDED<br>ORDER ALLOWING PARTIES TO BRING EQUIPMENT INTO COURTROOM 9<br><br>**DATE:** June 15, 2009<br>**TIME:** 7:30 a.m.<br>**CTRM:** 9 - Hon. William Alsup<br><br>**DATE OF FILING:** June 11, 2007<br>**TRIAL DATE:** June 15, 2009<br><br>**Courtroom 9**<br>**Honorable William H. Alsup** |

IT IS HEREBY ORDERED: that the parties' lawyers, David Wessel and William Jemmott, are allowed to bring the following equipment to Courtroom 9 of this United States District Court on June 15, 2009, through June 26, 2009:

1. A portable screen;
2. A projector;
3. A rolling bookshelf;
4. Two laptops;
5. Three voice recorders;
6. A rolling metal platform; and

---

Order Allowing Parties to Bring Equipment into
Courtroom 9; Case No. C07-03533 WHA

7. A dolly.

Dated: June __15__, 2009

IT IS SO ORDERED

Judge William Alsup

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Order Allowing Parties to Bring Equipment into
Courtroom 9; Case No. C07-03533 WHA

2