**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR and ROBERT JACOBSEN,

    Plaintiffs,

  v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK AND BERNADETTE SRAMEK REMOVABLE LIVING TRUST, AND DOES 1 TO 100, inclusive,

    Defendants.
    /

No. C 07-03533 WHA

**PROPOSED SPECIAL VERDICT FORM AND FINAL CHARGE TO THE JURY**

    Appended hereto are the proposed special verdict form and the final charge to the jury. This is the June 19, 2009, and second final version provided to counsel.

    **IT IS SO ORDERED.**

Dated: June 19, 2009.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE