IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR and ROBERT JACOBSEN,　　　No. C 07-03533 WHA

    Plaintiffs,

  v.　　　　　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

JOHN SRAMEK, BERNADETTE SRAMEK,
HAROLD M. JAFFE, JOHN S. SRAMEK
AND BERNADETTE SRAMEK REMOVABLE
LIVING TRUST AND DOES 1 TO 100,
inclusive,

    Defendants.

    Based on the jury verdict, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: June 22, 2009.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE