IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR and ROBERT JACOBSEN,

    Plaintiffs,

  v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, JOHN S. SRAMEK AND BERNADETTE SRAMEK REMOVABLE LIVING TRUST AND DOES 1 TO 100, inclusive,

    Defendants.
                               /

No. C 07-03533 WHA

**REQUEST RE PENDING MOTION FOR FEES AND EXPENSES**

With respect to the motion for fees and expense, counsel for Ms. Malikyar and Mr. Jacobsen is requested to address and to supply declarations as appropriate responding to the argument in the motion that one or both plaintiffs had a hand in placing the device on their own telephone line and that the entire case was a fraud on the Court.

**IT IS SO ORDERED.**

Dated: July 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE