IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR and ROBERT JACOBSEN,

    Plaintiffs,

  v.

JOHN SRAMEK, *et al.*,

    Defendants.

No. C 07-03533 WHA

**ORDER RE OPPOSITION DEADLINE**

    The Court has received Mr. Jemmott's letter saying his opposition due date was advanced and is now due tomorrow. Mr. Jemmott is mistaken, and he should read the order. The order plainly says "[t]he opposition is due on **AUGUST 6, 2009**" (Dkt. 292).

    **IT IS SO ORDERED.**

Dated: July 29, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE