IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR and ROBERT JACOBSEN,

    Plaintiffs,

v.

JOHN SRAMEK, *et al.*,

    Defendants.

No. C 07-03533 WHA

**ORDER REQUESTING DECLARATION RE MOTION FOR FEES AND EXPENSES**

Mr. Jacobsen's declaration did not answer the question. He said "I did not place the wiretapping device at issue in this case on my own house" (Dkt. 296). The question is not whether he put it on "his own house" but whether he caused it to be placed *on his phone line*. He is directed to state under oath the full extent of his involvement in or his knowledge of the placement of the device on the line. This must be filed under oath **BY AUGUST 11, 2009 AT NOON**. Both Mr. Jacobsen and Ms. Malikyar must also appear in person at the hearing on **AUGUST 20, 2009 AT 8 A.M.**

    **IT IS SO ORDERED.**

Dated: August 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE