David W. Wessel, Esq./CASB #115222
CODDINGTON, HICKS & DANFORTH, APC
555 Twin Dolphin Drive, Ste. 300
Redwood City, CA 94065-2133
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
email: dwessel@chdlawyers.com

Attorney for Defendants JOHN SRAMEK and BERNADETTE SRAMEK, individually and as Trustees of the John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and HAROLD M. JAFFE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ROBERT JACOBSEN and ALISE MALIKYAR,

Plaintiffs,

vs.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1 - 100,

Defendants.

_____/

CASE NO. C07-03533 WHA

[PROPOSED] POST-JUDGMENT ORDER FOR JUDGMENT FOR COSTS AND SANCTIONS

The Court, having awarded attorneys' fees to defendants and against plaintiffs in the sum of $750.00 on May 7, 2009, in connection with defendants' motion to exclude evidence;  and costs having been allowed after trial in the sum of $6,770.02 in favor of defendants and against plaintiffs; and no sum having been paid; and based on the declaration of defendants' counsel David W. Wessel:

**IT IS HEREBY ORDERED** that judgment be entered in the sum of $7,520.02, in favor of defendants, JOHN SRAMEK, BERNADETTE SRAMEK,  HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust and against plaintiffs ROBERT JACOBSEN and ALISE MALIKYAR, jointly and severally.

DATED: October 20, 2009

_____
WILLIAM ALSUP _____ THE UNITED
STATES DIS_____

IT IS SO ORDERED

Judge William Alsup

1